IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| FELICIA SANDERS, individually and as Legal Custodian of K.M., a minor, ) ) ) | Civil Action No. 2:16-cv-2356-RMG |
| Plaintiff, ) ) ) | |
| v. ) ) ) | |
| THE UNITED STATES OF AMERICA, ) ) ) | |
| Defendant. ) ) ) ) | |

## MOTION TO DISMISS

The United States hereby moves, pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, and Local Civ. Rule 7.01 (D. S.C.), to dismiss this action for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in the accompanying memorandum of points and authorities, which is incorporated herein by reference.

DATED this 14th day of October 2016.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch
Civil Division

RUPERT M. MITSCH
Assistant Director, Torts Branch
Civil Division

 s/ Stephen R. Terrell

- 2 -

                STEPHEN R. TERRELL
                Trial Attorney
                Torts Branch, Civil Division
                United States Department of Justice
                P.O. Box 888
                Washington, DC 20044
                Stephen.Terrell2@usdoj.gov
                (202) 353-1651