# INCIDENT REPORT

**City of Columbia Police Department**
SC0400100

INFORMATION ONLY: ☐
CASE NUMBER: 150005592
NCIC INQ. ENTD.

## EVENT

| # | INCIDENT TYPE | COMPLETED | FORCED ENTRY | PREMISE TYPE | UNITS ENTERED | TYPE VICTIM |
|---|---|---|---|---|---|---|
| 1. | 44-53-230 POSSESSION OF SCHEDULE III 35A DRUG/NARCOTIC VIOLATIONS | ☑ YES ☐ NO | ☐ YES ☑ NO | DEPARTMENT/DISCOUNT STORE | | ☐ Individual ☐ Business ☐ Financial Inst ☐ Government ☐ Relig. Orgn. ☑ Soc./Public ☐ Other ☐ Unknown ☐ Police Off. |
| 2. | | ☐ YES ☐ NO | ☐ YES ☐ NO | | | |
| 3. | | ☐ YES ☐ NO | ☐ YES ☐ NO | | | |

INCIDENT LOCATION (SUBDIVISION, APARTMENT AND NUMBER, STREET NAME AND NUMBER): [REDACTED]
ZIP CODE: 29212-
WEAPON TYPE: NONE

| INCIDENT DATE | 24 HR. CLOCK | TO | DATE | 24 HR. CLOCK | DISP. DATE | DISP. TIME | TIME ARRIVED | DEPART. TIME | LOCATION NO. |
|---|---|---|---|---|---|---|---|---|---|
| 02/28/2015 | 20:42 | | 02/28/2015 | 20:43 | 02/28/2015 | 20:44 | 20:45 | 22:00 | 501 |

COMPLAINANT'S NAME (LAST, FIRST, MIDDLE): [REDACTED]
RELATIONSHIP TO SUBJECT: #1 ST
RESIDENT: J
RACE: W
SEX: M
AGE: 27 /
ETH: N
DAYTIME PHONE: [REDACTED] ☑ B
EVENING PHONE: ☐ H ☐ B

ADDRESS: #1 JUSTICE SQ
CITY: COLUMBIA
STATE: SC
ZIP CODE: 29201-
LOCATION NO.: 212

## VICTIM NO. 1

VICTIM'S NAME (LAST, FIRST, MIDDLE): CITY OF COLUMBIA
RELATIONSHIP TO SUBJECT: #1 ST
RESIDENT: J
RACE: SEX: AGE: / ETH:
DAYTIME PHONE: [REDACTED] ☑ B
EVENING PHONE: ☐ H ☐ B

HEIGHT: WEIGHT: HAIR: EYES:
FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC.:

ADDRESS: #1 JUSTICE SQ
CITY: COLUMBIA
STATE: SC
ZIP CODE: 29201-
LOCATION NO.: 212

VISIBLE INJURY (VCT.1): ☐ YES ☑ NO  EXPLAIN-
COMPLAINT OF ANY NON-VISIBLE INJURIES: ☐ YES ☑ NO

VICTIM (NO.1) USING: ALCOHOL ☐ YES ☐ NO ☑ UNK.  DRUGS: ☐ YES ☐ NO ☑ UNK.  TYPE:

TWO-MAN VEH.: ☐  ONE-MAN VEH.: ☐  DETECTIVE/SPL.ASMT.: ☐  OTHER: ☐  ALONE: ☐  ASSISTED: ☐
*J-This Jurisdiction.   S-State.   O-Out of State.   U-Unknown.

## SUBJECT NO. 1

☑ SUSPECT
☐ RUNAWAY
☐ WANTED
☑ WARRANT
☑ ARREST
☑ JAIL
☐ SUMMONS

NAME (LAST, FIRST, MIDDLE): ROOF, DYLANN, STORM
RACE: W  SEX: M  AGE: 20 /  ETH: N  DATE OF BIRTH: 04/03/1994  HEIGHT: 509  WEIGHT: 120  HAIR: BRO  EYES: BRO

FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC.:
RELATED OFFENSE(S): 35A
DAYTIME PHONE: ☐ H ☐ B
EVENING PHONE: ☐ H ☐ B

ADDRESS: 10428 GARNERS FERRY RD
CITY: EASTOVER
STATE: SC
ZIP CODE: 29044-
LOCATION NO.: 299

SUBJECT (NO.1) USING: ALCOHOL ☐ YES ☐ NO ☑ UNK.  DRUGS: ☐ YES ☐ NO ☐ UNK ☐ TYPE
ARRESTED NEAR OFFENSE SCENE: ☑ YES ☐ NO
TOTAL # ARRESTED: 1
DATE/TIME OF OFFENSE: 02/28/2015 20:45:00
DATE/TIME OF ARREST:

DAY OF THE WEEK: S M T W T F S UNK — 1 2 3 4 5 6 7 8 — (7 marked)
HOW REPORTED: A B C D E F — (E marked)

A= OFFICER DISPATCHED ON CALL
B= REPORT TAKEN BY PHONE
C= COMPLAINANT WALKED IN
D= COMPLAINT WRITTEN IN
E= OFFICER INITIATED
F= OTHER

DIFF. FACTOR: N

A= RESISTANCE/HOSTILITY
B= WEAPONS
C= UNFOUNDED CALLS
D= MENTAL SUBJECT
E= COMPLAINANT FREQUENTLY INTOXICATED
F= DOMESTIC
N= NORMAL

## NARRATIVE

I WAS ON DIRECT PATROL ON THE ABOVE LISTED DATE AND TIME AT THE COLUMBIANA MALL WHEN I RECEIVED A COMPLAINT FROM MALL SECURITY STATING THAT A WHITE MALE WEARING ALL BLACK WAS GOING INTO THE "SHOE DEPARTMENT" STORE AND "BATH AND BODY WORKS" AND ASKING THE EMPLOYEES OUT OF THE ORDINARY QUESTIONS. THE MALL SECURITY GUARD STATED THAT THE EMPLOYEES WERE STATING THAT THE SUBJECT WAS ASKING THEM HOW MANY ASSOCIATES WERE WORKING, WHAT TIME THEY CLOSED, AND WHAT TIME THEY LEAVE. MALL SECURITY THEN POINTED OUT THE SUBJECT AT WHICH TIME I MADE CONSENTUAL CONTACT WITH HIM. UPON MAKING CONTACT WITH THE SUBJECT I CONFIRMED THAT HIS NAME WAS DYLANN S. ROOF, DOB: [REDACTED] UPON TALKING WITH MR DYLANN I ASKED HIM WHY HE WAS ASKING THE EMPLOYEES OF THE BUSINESSES THOSE QUESTIONS. MR. DYLANN THEN BEGAN

JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY:
JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY:

## PROPERTY EST.

TYPE (GROUP):
TOTAL VALUE:
STOLEN:
DAMAGED:
BURNED:
RECOVERED:
SEIZED:

## ADMINISTRATIVE

SUBJECT IDENTIFIED: ☑ YES ☐ NO
SUBJECT LOCATED: ☑ YES ☐ NO
S. F.: CJ
☑ ACTIVE  ☐ ADM. CLOSED  ☐ UNFOUNDED
☐ ARRESTED UNDER 18  ☐ ARRESTED 18 AND OVER
☐ EX-CLEAR UNDER 18  ☐ EX-CLEAR 18 AND OVER

REASON FOR EXCEPTIONAL CLEARANCE: 1 ☐ OFFENDER DEATH.  2 ☐ NO PROSECUTION.  3 ☐ EXTRADITION DENIED.  4 ☐ VICTIM DECLINES COOPERATION.  5 ☐ JUVENILE-NO CUSTODY.

| REPORTING OFFICER(S) | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| FITZGERALD BRANDON M | 02/28/2015 22:34:37 | 22847 | REASE ARTHUR E | 03/01/2015 04:17:54 | 15311 |

FOLLOW-UP INVESTIGATION: ☐ YES ☐ NO    OFFICER:

| Agency Name: City of Columbia Police Department | ORI #: SC0400100 | Report Date/Time: 02/28/2015 20:42 | OCA #: 150005592 |
|---|---|---|---|

SPEAKING VERY NERVOUSLY AND STATED THAT HIS PARENTS WERE PRESSURING HIM TO GET A JOB. I THEN ASKED MR. DYLANN IF HE ASKED FOR AN APPLICATION FROM ANY OF THE STORES AND HE STATED THAT HE DID NOT. I AGAIN OBSERVED THAT MR DYLANN WAS BECOMING MORE NERVOUS ACTING AND TAKING MORE TIME TO THINK OF ANSWERS TO MY QUESTIONS. I THEN ASKED MR. DYLANN IF HE HAD ANYTHING ILLEGAL ON HIS PERSON THAT I NEEDED TO KNOW ABOUT AND HE STATED THAT HE DID NOT. I THEN RECEIVED CONSENT TO SEARCH HIS PERSON AT WHICH TIME I LOCATED A SMALL UNLABELED WHITE BOTTLE CONTAINING MULTIPLE ORANGE IN COLOR SQUARE STRIPS LOCATED IN MR. DYLANN'S RIGHT JACKET POCKET. I THEN ASKED MR. DYLANN WHAT THE ORANGE STRIPS WERE AND HE STATED THEY WERE LISTERINE STRIPS. I AGAIN ASKED HIM WHAT THEY WERE AND HE STATED THAT THEY WERE SUBOXONE. I THEN ASKED MR. DYLANN IF HE HAD A PRESCRIPTION FOR THEM AND HE STATED THAT HE DID NOT. I THEN CONFIRMED THROUGH POISON CONTROL THAT SUBOXONE IS A SCHEDULE III NARCOTIC. I THEN PLACED MR DYLANN UNDER ARREST FOR POSSESSION OF SCHEDULE III. POST MIRANDA MR. DYLANN STATED THAT THE STRIPS WERE SUBOXONE AND THAT HE RECEIVED THEM FROM A FRIEND. DUE TO MR. DYLANN BEING ARRESTED I HAD HIS 2000 HYUNDAI ELANTRA ███████████ TOWED BY ST ANDREWS TOWING AND I NOTIFIED THE OWNER BY MAIL. I HAD ALL EVIDENCE TAGGED INTO THE PROPERTY ROOM.

# ADDITIONAL VEHICLES

| STATUS: 3 | RELATED TO: ROOF, DYLANN, STORM | VEHICLE TYPE: P |
|---|---|---|
| VIN AND/OR LICENSE NO. ▮▮▮▮▮▮ | BOAT HULL NO. AND/OR REG. NO. | |
| SERIAL AND/OR OWNER APPLIED NO. | STATE SC | |
| YEAR OF REGISTRATION | YEAR OF EXPIRATION | YEAR 2000   MAKE HYUN |
| MODEL HYUN-ELN | STYLE 4 DOOR | COLOR BLACK | CID NO. |
| COMMENTS SC TAG KER488 | | |

| STATUS: | RELATED TO: | VEHICLE TYPE: |
|---|---|---|
| VIN AND/OR LICENSE NO. | BOAT HULL NO. AND/OR REG. NO. | |
| SERIAL AND/OR OWNER APPLIED NO. | STATE | |
| YEAR OF REGISTRATION | YEAR OF EXPIRATION | YEAR   MAKE |
| MODEL | STYLE | COLOR | CID NO. |
| COMMENTS | | |

| STATUS: | RELATED TO: | VEHICLE TYPE: |
|---|---|---|
| VIN AND/OR LICENSE NO. | BOAT HULL NO. AND/OR REG. NO. | |
| SERIAL AND/OR OWNER APPLIED NO. | STATE | |
| YEAR OF REGISTRATION | YEAR OF EXPIRATION | YEAR   MAKE |
| MODEL | STYLE | COLOR | CID NO. |
| COMMENTS | | |

| STATUS: | RELATED TO: | VEHICLE TYPE: |
|---|---|---|
| VIN AND/OR LICENSE NO. | BOAT HULL NO. AND/OR REG. NO. | |
| SERIAL AND/OR OWNER APPLIED NO. | STATE | |
| YEAR OF REGISTRATION | YEAR OF EXPIRATION | YEAR   MAKE |
| MODEL | STYLE | COLOR | CID NO. |
| COMMENTS | | |

| STATUS: | RELATED TO: | VEHICLE TYPE: |
|---|---|---|
| VIN AND/OR LICENSE NO. | BOAT HULL NO. AND/OR REG. NO. | |
| SERIAL AND/OR OWNER APPLIED NO. | STATE | |
| YEAR OF REGISTRATION | YEAR OF EXPIRATION | YEAR   MAKE |
| MODEL | STYLE | COLOR | CID NO. |
| COMMENTS | | |

| STATUS: | RELATED TO: | VEHICLE TYPE: |
|---|---|---|
| VIN AND/OR LICENSE NO. | BOAT HULL NO. AND/OR REG. NO. | |
| SERIAL AND/OR OWNER APPLIED NO. | STATE | |
| YEAR OF REGISTRATION | YEAR OF EXPIRATION | YEAR   MAKE |
| MODEL | STYLE | COLOR | CID NO. |
| COMMENTS | | |

| AGENCY: | City of Columbia Police Department |
|---|---|
| ORI #: | SC0400100 |
| Report Date / Time: | 02/28/2015    20:42 |
| Incident #: | 150005592 |

## INCIDENT REPORT
## ADDITIONAL OFFENSES

| UCR | OFFENSE | BIAS MOTIVATED | BIAS CODE | STATUS | OFFENDER |
|---|---|---|---|---|---|
| | | ☐ | | ☐ Attempt ☐ Complete | |
| | | ☐ | | ☐ Attempt ☐ Complete | |
| | | ☐ | | ☐ Attempt ☐ Complete | |
| | | ☐ | | ☐ Attempt ☐ Complete | |
| | | ☐ | | ☐ Attempt ☐ Complete | |
| | | ☐ | | ☐ Attempt ☐ Complete | |

## INCIDENT REPORT
## DRUGS

| Code | Status | Quantity | Measure | Suspected Type | Using | Buy | Cultivating | Distributing | Exploiting Children | Operating | Possess | Transport |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H | Z | 1 | GM | OTHER NARCOTICS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Check up to 3 types of activity for each

| AGENCY ID | CASE NUMBER |
|---|---|
| SC0400100 | 150005592 |