DOCKET NO. 2015GS3201700

# The State of South Carolina
## County of Lexington

**COURT OF GENERAL SESSIONS**

**JULY TERM 2015**

THE STATE
vs.
Dylann Storm Roof

CDR #: 0179

Indictment for

Possession of Controlled Substance

§ 44-53-0370(d)(2)

DONALD V. MYERS, SOLICITOR

---

**WITNESSES**

Columbia Police Department

Brandon M Fitzgerald SR

Law Enforcement Case #: 150005592

**ARREST WARRANT NUMBER**

2015A4021600503

**ACTION OF GRAND JURY**

TRUE BILL

_(signature)_
Foreperson of Grand Jury
Date: 7/13/2015

**VERDICT**

_____
Foreperson of Petit Jury
Date:

A TRUE COPY
_(signature)_
Lex. Co. C.C.P., G.S. & F.C.

| | |
|---|---|
| STATE OF SOUTH CAROLINA )<br>)<br>COUNTY OF LEXINGTON )<br>) | INDICTMENT FOR<br>Possession of Controlled Substance<br><br>§ 44-53-0370(d)(2) |

At a Court of General Sessions, convened on July 2015, the Grand Jurors of Lexington County present upon their oath:

That **Dylann Storm Roof** did, in Lexington County, South Carolina, on or about February 28, 2015, unlawfully and knowingly or intentionally possess a quantity of Suboxone, a Schedule III, controlled substance, all in violation of § 44-53-370(d)(2) of the Code of Laws of South Carolina (1976), as amended.

A TRUE COPY
Lex. Co. C.C.P., G.S. & F.C.

Against the peace and dignity of the State, and contrary to the statute in such case made and provided.

ASSISTANT SOLICITOR

# ARREST WARRANT

**2015A4021600503**

STATE OF SOUTH CAROLINA
☐ County/ ☒ Municipality of
City of Columbia

THE STATE
against

**Dylann Storm Roof** _____ who violate the criminal laws of the

Address: 10428 Garners Ferry Rd
Columbia, SC -

Phone: _____
Sex: M   Race: W   Height: 5 9   Weight: 120
DOB: 4/3/1994   DL #: _____   SSN: _____
DL State: _____
Prosecuting Agency: Columbia Police Department   Agency ORI #: SC0400100
Prosecuting Officer: Brandon M Fitzgerald - 22847
Offense: Possession of Schedule III Drugs/Drugs /
Possession of other controlled sub. in Sched. I to V

Offense Code: 0179
Code/Ordinance Sec: 44-53-0370(d)(2)

This warrant is **CERTIFIED FOR SERVICE** in the
☐ County/ ☐ Municipality of _____ . The accused
is to be arrested and brought before me to be
dealt with according to the law.

Date: _____ (L.S.)
Signature of Judge

A copy of this arrest warrant was delivered to
defendant _Dylann Storm Roof_ 3/3/15
on _____
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**
City Of Columbia Municipal Court
811 Washington Street
Columbia, SC 29201

ORIGINAL    ORIGINAL

---

# AFFIDAVIT

**ORIGINAL**

STATE OF SOUTH CAROLINA
☐ County/ ☒ Municipality of
City of Columbia

Personally appeared before me the affiant **Brandon M Fitzgerald**
being duly sworn deposes and says that defendant _Dylann Storm Roof_
did within this county and state on or about 2/28/2015
State of South Carolina (or ordinance of ☐ County/ ☒ Municipality of City of Columbia)
in the following particulars:

**DESCRIPTION OF OFFENSE:** Possession of Schedule III Drugs/Drugs / Possession of other controlled sub. in Sched. I to V - 1st offense

I further state that there is probable cause to believe that the defendant named above did commit
the crime set forth and that probable cause is based on the following facts:

On 02/28/2015 at approx 2045 hours while at 100 Columbiana Circle, city of Columbia, county of Lexington the affiant made consensual contact with the def after receiving a couple of store complaints on him. Upon making contact with the def affiant received consent to search his person and located (1) white unlabled pill bottle containing multiple orange in color strips believed to be suboxone. Post Miranda the def stated that he was given the substance by a friend and that he did not have a prescription. Affiant confirmed substance as a Schedule III through poison control.

_____
Signature of Affiant

Affiant's Address: Columbia Police Department
Columbia, SC 29201-

Affiant's Telephone: (803)545-3500

---

# ARREST WARRANT

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that
defendant _Dylann Storm Roof_ of the State of South Carolina (or ordinance of
City of Columbia) as set forth below:

**DESCRIPTION OF OFFENSE:** Possession of Schedule III Drugs/Drugs / Possession of other controlled sub. in Sched. I to V - 1st
on or about 2/28/2015
did violate the criminal laws of the State of South Carolina (or ordinance of
☐ County/ ☒ Municipality of City of Columbia)

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable
Sworn to and subscribed before me
on 3/1/2015 (L.S.)
Signature of Issuing Judge
Russell T. Spencer
Judge Code: 6674

Judge's Address: P.O. Box 644
Columbia, SC 29202
Judge's Telephone: (803)545-3128
Issuing Court: ☐ Magistrate ☒ Municipal ☐ Circuit

ORIGINAL    ORIGINAL

Form Approved by
S.C. Attorney General
April 21, 2003
SCCA 518

STATE OF SOUTH CAROLINA ) IN THE COURT OF GENERAL SESSIONS
COUNTY OF LEXINGTON ) 2015A4021600503
)
)
THE STATE )
)
vs. ) MOTION TO SUBSTITUTE COUNSEL
)
)
Dylann Storm Roof, )
        Defendant. )
)

FILED 2015 JUN 18 P 12: 57
CLERK OF COURT
LEXINGTON SC

**ORIGINAL**

    I, Kenneth Matthews, hereby request the Court to relieve me as appointed counsel for the Defendant, Dylann Storm Roof, and to appoint Boyd Young of the Richland County Bar to represent him.

    Mr. Roof is charged with Drugs/ Possession of other controlled sub. In Sched I to V – 1st offense. I agreed to represent Mr. Roof in exchange for a fee. This fee was never paid. Boyd Young is a member in good standing in the South Carolina and Richland County bars. He consents to appointment.

    Thus, I hereby request that the Court relieve me as counsel and appoint Mr. Young to represent Mr. Roof.

                                              _/s/ Kenneth Matthews_
                                              Kenneth Matthews
                                              1331 Laurel Street
                                              Columbia, SC 29202
June 18, 2015                                   Tel: (803) 252-1242

A TRUE COPY
Lex. Co. C.C.P., G.S. & F.C.

I am a member in good standing in the South Carolina and Richland County bars. I am willing to be appointed as counsel for Mr. Roof.

*Kate Cone for Boyd Young*

Boyd Young
1330 Lady Street, Suite 401
Columbia, South Carolina, 29201

June 18, 2015

TEL: (803)734-7818

FILED
2015 JUN 18 P 12: 57
CLERK OF COURT
LEXINGTON SC

A TRUE COPY
Lex. Co. C.C.P., G.S. & F.C.

**ORIGINAL**

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF GENERAL SESSIONS |
| ) | |
| COUNTY OF LEXINGTON 2015 MAY 15 PM 12:46 ) | REQUEST FOR DISCOVERY |
| ) | |
| The State, ) | |
| ) | Warrant # 2015A4021600503 |
| vs. ) | |
| ) | |
| Dylann Storm Roof, ) | |
| Defendant. ) | |

TO:   DEFENDANT DYLANN STORM ROOF AND/OR KENNETH MATHEWS, THE DEFENDANT'S ATTORNEY OF RECORD

As the Defendant, Dylann Storm Roof, has requested disclosure under subdivisions (a)(1) (C) and (a)

(1) (D) of Rule 5 of the S.C. rules of Criminal Procedure and as the State has complied with such request, the State hereby requests disclosure of evidence by the Defendant as mandated under subdivisions (b)(1)(A) and (b)(1)(A) of Rule 5, to wit:

(b)(1)(A): The Defendant shall permit the State to inspect and copy books, pages, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the Defendant and which the Defendant intends to introduce as evidence in chief at trial. AND

(b)(1)(B): The Defendant shall permit the State to inspect and copy any results of reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession, or control of the Defendant, which the Defendant intends to introduce as evidence in chief at the trial, or which were prepared by a witness whom the Defendant intends to call at trial when the results or reports relates to the witness testimony.

Pursuant to South Carolina Rule of Criminal Procedure 5(e), the State requests notice of the Defendant's intent to offer an alibi defense. Rule 5 (e) provides in pertinent part:

(1)   Notice of Alibi by Defendant: Upon written request of the prosecution stating the time, date, and place at which the alleged offense occurred, the defendant shall serve within ten days, or at such times as the court may direct, upon the prosecution a written notice of his and/or her intention to offer an alibi defense. The notice shall state the specific place or places at which the defendant claims to have been at the time of the alleged offense and the names and addresses of the witnesses upon whom he and/or she intends to rely to establish such alibi.

**A TRUE COPY**

Lex. Co. C.C.P., G.S. & F.C.

(2) Disclosure by Prosecution: Within ten days after the defendant serves his and/or her notice, but in no event less than ten days before trial, or as the court may otherwise direct, the prosecution shall serve upon the defendant or his attorney the names and addresses of witnesses upon whom the State intends to rely to establish defendant's presence at the scene of the alleged crime.

(3) Continuing Duty to Disclose. Both parties shall be under a continuing duty to promptly disclose the names and addresses of additional witnesses whose identity, if know, should have been included in the information furnished under subdivision (1) or (2).

(4) Failure to Disclose. If either party fails to comply with the requirements of this rule, the court may exclude the testimony of any undisclosed witness offered by either party. Nothing in this rule shall limit the right of the defendant testify on his and/her own behalf.

With respect to Rule 5 (e), this is a request of the prosecution stating the time, date and place the alleged offenses occurred, to wit: on or about February 28, 2015 at 100 Columbiana Circle.

Notice of the Defense of Insanity or Plea or Guilty but Mentally ill: the Defendant shall give written notice of any intention to reply upon the defense of insanity or a plea of guilty but mentally ill at the time of the crimes. Said notice shall be served upon the undersigned within ten (10) days of this request

If, prior to or during trial, the Defendant discovers additional evidence or material previously requested or ordered, which is subject to discovery or inspection under Rule 5, the Defendant shall promptly notify the State or its attorney or the Court of the existence of the additional evidence or material as required by subdivision (c) of Rule 5.

/s _____
Sutania Radlein
Assistant Solicitor

May 15, 2015
Lexington, SC



A TRUE COPY
Lex. Co. C.C.P., G.S. & F.C.