## CERTIFICATE OF SERVICE

I certify that on October 14, 2016, I uploaded the attached documents to the Court's CM/ECF System, which will automatically generate and send a Notice of Electronic Filing (NEF) to all filing users associated with this case:

Gedney M. Howe III, Esq.
ghowe@gedneyhowe.com

Andrew J. Savage, III
andy@savlaw.com

*Counsel for plaintiff*

s/ Stephen R. Terrell
STEPHEN R. TERRELL