# Exhibit 8

**U.S. Department of Justice**
**Federal Bureau of Investigation**
*Criminal Justice Information Services Division*





# National Instant Criminal Background Check System (NICS)

## Operations 2005

---

*NICS Operations 2005*　　　　　　　　　　　　　　　　　　　　　　　　　January 2006

The services provided by the POC Support Team's efforts have swiftly illustrated the NICS Section's focus on customer service as a vital and integral part of the overall success of the entire NICS program and have served to create a more robust partnership between the FBI, the POC states, and the various integral components of the law enforcement and judicial community.

Increasing the Number of Available and Complete Criminal History Dispositions

Complete and readily available criminal history records serve both law enforcement and the general public in various ways. They provide comprehensive information needed to effect sound law enforcement decisions, effect public and officer safety planning initiatives, forewarn police officers about the type of individuals subject to routine traffic stops, and assist in determining sound and effective legal judgments. As such, it becomes even more crucial to identify and develop methods to efficiently and effectively seek and obtain missing disposition information in order for the NICS to operate as designed.

When processing background checks that are delayed because of incomplete record information, the NICS Examiners must reach out to local, state, and other federal authorities in an attempt to obtain the record-completing data and render an accurate firearms or firearms/explosives permit eligibility decision. As of December 31, 2005, the NICS Section's staff has sought and obtained over 547,000 dispositions for posting to the CHRs. To maximize the use of all available resources, the NICS Section has developed various and integral support services to supplement the processes associated with establishing contact with external agencies to solicit for essential record-completing/clarifying information. The following information depicts many of support services implemented by the NICS Section that serve to enhance the outreach processes:

- *State POC Representatives (SPR)*: Certain NICS Examiners, entitled SPRs, establish and maintain open channels of communication with numerous local and state agency representatives in order to determine which agencies are receptive to external contact, under what circumstances contact can be effected, and how the NICS Section can, in as accommodating a way as possible, obtain their assistance in seeking record/disposition information. As such, the NICS Section's SPRs seek to provide a method of intercommunication between agencies to expedite the record/information-gathering process in a manner that is conducive to the state's organizational requirements. Contact information gathered by these employees is updated and maintained in a comprehensive directory[17] of law enforcement and judicial agency contact names in addition to each state's and/or agency's preferred order of contact.

- *Document Review and Scanning Team (DRST)*: Established in support of the NICS Section's research and evaluation processes, the DRST receives and clarifies documentation received from external sources. The NICS Section receives numerous and

---

[17] The *State, Federal, and Territorial Disposition Reporting Point-of-Contact Index* is available at www.Public Sigs/CJIS/Programs/NICS which is accessed via the CJIS Internet LAN.

---

*NICS Operations 2005*                             39                             January 2006