IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JENNIFER PINCKNEY, PERSONAL REPRESENTATIVE OF THE ESTATE OF CLEMENTA PINCKNEY, | ) ) ) ) | Civil Action No. 2:16-cv-2350-RMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |
| JENNIFER PINCKNEY, | ) ) ) | Civil Action No. 2:16-cv-2351-RMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |
| JENNIFER PINCKNEY, individually and as Parent, Natural Guardian and Next Friend of M.P., a minor, | ) ) ) ) | Civil Action No. 2:16-cv-2352-RMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| TYRONE SANDERS, Personal Representative of the ESTATE OF TYWANZA SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 2:16-cv-2354-RMG |
| FELICIA SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 2:16-cv-2355-RMG |
| FELICIA SANDERS, individually and as Legal Custodian of K.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 2:16-cv-2356-RMG |
| ANTHONY THOMPSON and KEVIN SINGLETON, as Co-Personal Representatives of the ESTATE OF MYRA SINGLETON QUARLES THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 2:16-cv-2357-RMG |

| | |
|---|---|
| POLLY SHEPPARD, | ) |
| | ) Civil Action No. 2:16-cv-2358-RMG |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

| | |
|---|---|
| WALTER B. JACKSON, Personal Representative of the ESTATE OF SUSIE JACKSON, | ) |
| | ) Civil Action No. 2:16-cv-2359-RMG |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

| | |
|---|---|
| LAURA MOORE, Personal Representative of the ESTATE OF ETHEL LANCE, | ) |
| | ) Civil Action No. 2:16-cv-2360-RMG |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

| | |
|---|---|
| DANIEL L. SIMMONS, JR., as Personal Representative of the ESTATE OF DANIEL L. SIMMONS, SR., | ) |
| | ) Civil Action No. 2:16-cv-2378-RMG |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

| | |
|---|---|
| SHALISA COLEMAN, as Personal Representative of the ESTATE OF SHARONDA COLEMAN-SINGLETON,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 2:16-cv-2405-RMG |
| ANTHONY THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 2:16-cv-2406-RMG |
| ARTHUR STEPHEN HURD, as Personal Representative of the ESTATE OF CYNTHIA GRAHAM HURD,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 2:16-cv-2407-RMG |
| ARTHUR STEPHEN HURD,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 2:16-cv-2409-RMG |

| | |
|---|---|
| BETHANE MIDDLETON-BROWN, Personal Representative of the ESTATE OF DEPAYNE MIDDLETON-DOCTOR, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 2:16-cv-2746-RMG |

**JOINT NOTICE REGARDING CONSOLIDATION**

On January 31, 2017, the Court entered an order in these cases in which the Court stated, *inter alia*, that it "it is considering consolidation of" these cases and "designating *Sanders v. United States*, Civ. No. 2:16-2356-RMG as the Master Docket for the consolidated cases"; and the Court directed the parties to submit objections, if any, to consolidation by February 10, 2017. After the Court issued its orders, the parties conferred to discuss their positions on consolidation. The parties agree that the Court should consolidate these cases, but differ on the nature of the consolidation that should be ordered. The parties agree that the Court should designate *Sanders*, Civ. No. 2:16-2356-RMG as the lead case.

**A. Plaintiffs' Position.**

Plaintiffs believe these cases should be consolidated for the purpose of discovery only.

**B. United States' Position.**

The United States believes these cases should be consolidated for all purposes because they share identical liability issues and the Court will resolve liability on a common set of facts.

Respectfully submitted, February 9, 2017,

| | |
|---|---|
| s/ Gedney M. Howe, III<br>on behalf of all plaintiffs by<br>s/ Stephen R. Terrell *per e-mail authorization* | CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division |

*dated February 9, 2017*

| | |
|---|---|
| SEN. GERALD MALLOY<br>Malloy Law Firm<br>PO Box 1200<br>Hartsville, SC  29551<br>Phone:  843-339-3000<br>Fax:  843-332-4646<br>gmalloy@bellsouth.net | JAMES G. TOUHEY, JR.<br>Director, Torts Branch<br><br>RUPERT M. MITSCH<br>Assistant Director, Torts Branch<br><br> s/ Stephen R. Terrell<br>STEPHEN R. TERRELL<br>Trial Attorney<br>Torts Branch<br>United States Department of Justice<br>P.O. Box 888<br>Washington, DC 20044<br>Stephen.Terrell2@usdoj.gov<br>(202) 353-1651 |

S. RANDALL HOOD
McGowan, Hood & Felder, LLC
1539 Health Care Drive
Rock Hill, SC  29732
Phone:  803-327-7828
rhood@mcgowanhood.com

GEDNEY M. HOWE, III
Law Offices of Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC  29402
Phone: 843-722-8048
Fax:  843-722-2140
kleroy@gedneyhowe.com

BY:   s/Gedney M. Howe, III
Attorneys for:
Jennifer Pinckney, Personal Representative of the Estate of Clementa Pinckney

Jennifer Pinckney

Jennifer Pinckney, individually and as Parent, Natural Guardian and Next Friend of M.P., a minor

GEDNEY M. HOWE, III
Law Office of Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC  29402
Phone:  843-722-8048
Fax:  843-722-2140
kleroy@gedneyhowe.com

ANDREW J. SAVAGE, III
Savage Law Firm
15 Pioleau Street
Charleston, SC  29401
Phone:  843-720-7470
Fax:  843-720-7478
Andy@savlaw.com

BY:   s/Gedney M. Howe, III
Attorneys for:
Tyrone Sanders, Personal Representative of
the Estate of Tywanza Sanders

Felicia Sanders

Felicia Sanders, individually and as Legal
Custodian of K.M., a minor

Polly Sheppard

Walter B. Jackson, Personal Representative of
the Estate of Susie Jackson

Laura Moore, Personal Representative of the
Estate of Ethel Lance

Bethan Middleton-Brown, Personal
Representative of the Estate of DePayne
Middleton-Doctor

GEDNEY M. HOWE, III
Law Offices of Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC  29402
Phone: 843-722-8048
Fax:  843-722-2140
kleroy@gedneyhowe.com

ANDREW J. SAVAGE
Savage Law Firm
15 Pioleau Street
Charleston, SC  29401
Phone:  843-720-7470
Fax:  843-720-7478
Andy@savlaw.com

W. MULLINS McLEOD, JR.
McLeod Law Group, LLC
3 Morris Street, Ste. A
Charleston,  SC  29403
Phone:  843-277-6655
Mullins@mcleod-lawgroup.com

J. STEPHEN SCHMUTZ
Schmutz & Schmutz Attorneys at Law
24 Broad Street
Charleston, SC  29401
Phone:  843-577-5530
Steve@schmutzlaw.com

BY:  s/Gedney M. Howe, III
Attorneys for:
Anthony Thompson and Kevin Singleton, as
Co-Personal Representatives of the Estate of
Myra Singleton Quarles Thompson

RONNIE A. SABB
Law Offices of Ronnie A. Sabb
PO Box 88
Kingstree, SC  29556-0088
Phone:  843-355-5349
Fax:  843-355-3434
ronniesabb@sabblaw.com

CARL E. PIERCE, II
JOSEPH C. WILSON, IV
Pierce Herns Sloan & Wilson, LLC
321 East Bay Street
PO Box 22437
Charleston, SC  29413
Phone:  843-722-7733
carlpierce@phswlaw.com
joewilson@phswlaw.com

BY:   s/Carl E. Pierce, II
Attorneys for
Daniel L. Simmons, Jr., as Personal
Representative of the Estate of Daniel L.
Simmons, Sr.

W. MULLINS McLEOD, JR.
McLeod Law Group, LLC
3 Morris Street, Ste. A
Charleston, SC 29403
Phone: 843-277-6655
Mullins@mcleod-lawgroup.com

J. STEPHEN SCHMUTZ
Schmutz & Schmutz Attorneys at Law
24 Broad Street
Charleston, SC 29401
Phone: 843-577-5530
Steve@schmutzlaw.com

DAVID F. AYLOR
David Aylor Law Offices
24 Broad Street
Charleston, SC 29401
Phone: 843-310-4900
David@davidaylor.com

BY: W. Mullins McLeod, Jr.
Attorneys for:
Shalisa Coleman, as Personal Representative
of the Estate of Sharonda Coleman-Singleton

Anthony Thompson

Arthur Stephen Hurd, as Personal
Representative of the Estate of Cyntha
Graham Hurd

Arthur Stephen Hurd

**CERTIFICATE OF SERVICE**

I certify that on February 9, 2017, I uploaded the attached documents to the Court's CM/ECF System, which will automatically generate and send a Notice of Electronic Filing (NEF) to all filing users associated with these cases.

s/ Stephen R. Terrell<br>STEPHEN R. TERRELL