# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Felicia Sanders, *individually and as Legal Custodian for K M, a minor*,<br><br>  Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>  Defendant. | Civil Action No. 2:16-2356-RMG<br><br><br><br>**ORDER** |
| Jennifer Pinckney,<br><br>  Plaintiff,<br><br>v.<br><br>United States of America,<br><br>  Defendant. | Civil Action No. 2:16-2351-RMG |
| Polly Sheppard,<br><br>  Plaintiff,<br><br>v.<br><br>United States of America,<br><br>  Defendant. | Civil Action No. 2:16-2358-RMG |
| Jennifer Pinckney, *Personal Representative of the Estate of Clementa Pinckney*<br><br>  Plaintiff,<br><br>v.<br><br>United States of America,<br><br>  Defendant. | Civil Action No. 2:16-2350-RMG |

| | | |
|---|---|---|
| Jennifer Pinckney, *individually and as Parent, Natural Guardian and Next Friend of M P, a minor*, | ) ) ) ) | Civil Action No. 2:16-2352-RMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| United States of America, | ) ) | |
| Defendant. | ) ) | |
| Tyrone Sanders, *Personal Representative of the Estate of Tywanza Sanders*, | ) ) ) | Civil Action No. 2:16-2354-RMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| United States of America, | ) ) | |
| Defendant. | ) ) | |
| Walter B. Jackson, *Personal Representative of the Estate of Susie Jackson*, | ) ) ) | Civil Action No. 2:16-2359-RMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| United States of America, | ) ) | |
| Defendant. | ) ) | |
| Bethane Middleton-Brown, *Personal Representative of the Estate of DePayne Middleton-Doctor*, | ) ) ) ) | Civil Action No. 2:16-2746-RMG |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| United States of America, | ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| Laura Moore, *Personal Representative of the Estate of Ethel Lance,* | ) ) ) | Civil Action No. 2:16-2360-RMG |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| United States of America, | ) ) ) | |
| Defendant. | ) ) ) | |
| Daniel L. Simmons, Jr., *Personal Representative of the Estate of Daniel L. Simmons, Sr.,* | ) ) ) ) | Civil Action No. 2:16-2378-RMG |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| United States of America, | ) ) ) | |
| Defendant. | ) ) ) | |
| Shalisa Coleman, *Personal Representative of the Estate of Sharonda Coleman-Singleton,* | ) ) ) ) | Civil Action No. 2:16-2405-RMG |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| United States of America, | ) ) ) | |
| Defendant. | ) ) ) | |
| Anthony Thompson, | ) ) | Civil Action No. 2:16-2406-RMG |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| United States of America, | ) ) ) | |
| Defendant. | ) ) ) | |

| | | |
|---|---|---|
| Felicia Sanders, | ) | Civil Action No. 2:16-2355-RMG |
| Plaintiff, | ) | |
| v. | ) | |
| United States of America, | ) | |
| Defendant. | ) | |
| Anthony Thompson, *as Co-Personal Representative of the Estate of Myra Singleton Quarles Thompson*, | ) | Civil Action No. 2:16-2357-RMG |
| Plaintiff, | ) | |
| v. | ) | |
| United States of America, | ) | |
| Defendant. | ) | |
| Arthur Stephen Hurd, *Personal Representative of the Estate of Cynthia Graham Hurd*, | ) | Civil Action No. 2:16-2407-RMG |
| Plaintiff, | ) | |
| v. | ) | |
| United States of America, | ) | |
| Defendant. | ) | |
| Arthur Stephen Hurd, | ) | Civil Action No. 2:16-2409-RMG |
| Plaintiff, | ) | |
| v. | ) | |
| United States of America, | ) | |
| Defendant. | ) | |

On January 31, 2017, the Court provided notice to the parties that it was considering consolidation of the above captioned cases and invited objections. On February 9, 2017, the parties filed a joint report agreeing to consolidation with *Sanders*, Civ. No. 2:16-2356-RMG as the lead case, but differing on the nature of the consolidation. Plaintiffs agree to consolidation for discovery only. Defendant agrees to consolidation for all purposes. The Court need not reach the issue of consolidation for trial at this time. The parties agree on consolidation for discovery and appear to agree on consolidation for purposes of pre-discovery motion practice, given the practice of joining in a motion filed in a single case or filing substantively identical motions in each case. A party objecting to consolidation after discovery state may object at that time.

The Court therefore **ORDERS** that, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above captioned cases be consolidated. The docket in Civil Action Number 2:16-2356 shall constitute the Master Docket. Parties shall file documents on the Master Docket only. Going forward, citations to ECF document numbers are presumed to refer to the Master Docket unless otherwise specified. The caption of any filing shall clearly indicate whether a document pertains to particular case numbers or to all cases.

**AND IT IS SO ORDERED.**

_____
Richard Mark George
United States District Court Judge

February 9, 2017
Charleston, South Carolina