| | |
|---|---|
| **From:** | Terrell, Stephen (CIV) |
| **To:** | "Karen LeRoy"; "Maureen McAnnar" |
| **Subject:** | Sanders v. United States |
| **Date:** | Thursday, April 27, 2017 4:57:00 PM |

Ms. Sudlow and Ms. McAnnar,

Can you please relay this message to Mr. Howe and Mr. Hammer:

If you are available on Friday, April 28, 2017, please call me so that we can discuss plaintiffs' Rule 30(b)(6) notice transmitted on April 25, 2017.  We've reviewed the notice and the United States objects to the notice and proposed deposition.  We ask that plaintiffs withdraw their deposition notice.  I believe that once you receive the United States' responses and objections to plaintiffs' interrogatories and requests for production you will not need a deposition (because each topic in your Rule 30(b)(6) notice is duplicative of or cumulative to one, or more, written discovery request previously propounded), and you will be in a much better position to evaluate whether you believe any additional jurisdictional discovery is necessary and to narrowly-tailor any additional request to those specific needs.

Our objections to the deposition notice are that each and every topic identified by plaintiffs is duplicative or cumulative of one, or more, interrogatories or requests for production served by plaintiffs on April 7, 2017; that plaintiffs may obtain all information sought in their notice through another discovery means that is more convenient, less burdensome, and less expensive; and that many of plaintiffs' requests are so overly broad, vague, and ambiguous such that they do not "describe with reasonable particularity the matters for examination."  Fed. R. Civ. P. 26(b)(2)(C)(i); 30(b)(6).

Again, we believe that the most efficient and prudent course at this time is for plaintiffs to withdraw their Rule 30(b)(6) notice, review our forthcoming written discovery responses, and then evaluate whether any additional jurisdictional discovery is required.

I look forward to speaking to you.

Sincerely,

Stephen R. Terrell
United States Department of Justice
Civil Division
Federal Tort Claims Act Office
1331 Pennsylvania Ave., NW
NPB 8082N
Washington, DC  20004
(202) 353-1651
Stephen.Terrell2@usdoj.gov