**MAIN OFFICE**

Wheeling, WV
75 Twelfth St.
Wheeling, WV
26003
(304) 232-9292


**OTHER LOCATIONS**

Morgantown, WV
WesMon Center IV
829 Fairmont Rd.
Suite 101
Morgantown, WV
26501
(304) 598-9292


Martinsburg, WV
300 Foxcroft Ave.
Suite 300
Martinsburg, WV
25401
(304) 263-6690


Charleston, WV
222 Capitol Street
Suite 203
Charleston, WV
25301
(304) 720-9292


Pittsburgh, PA
Mellon Center
500 Grant Street
Suite 2900
Pittsburgh, PA
15219
(412) 566-2249


Steubenville, OH
The Chase Building
401 Market St.
Suite 719
Steubenville, OH
43952
(740) 284-9292

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| FELICIA SANDERS, individually and as legal custodian for K.M., a minor | : CASE NO. 2:16-cv-2356-RMG<br>: Consolidated with<br>: 2:16-cv-2350; 2:16-cv-2351;<br>: 2:16-cv-2352; 2:16-cv-2354; |
|       Plaintiff | : 2:16-cv-2355; 2:16-cv-2357;<br>: 2:16-cv-2358; 2:16-cv-2359; |
|    v | : 2:16-cv-2360; 2:16-cv-2378; |
| THE UNITED STATES OF AMERICA | : 2:16-cv-2405; 2:16-cv-2406;<br>: 2:16-cv-2407; 2:16-cv-2409; |
|       Defendant | : and 2:16-cv-2746 |

\*    \*    \*

SUBJECT TO PROTECTIVE ORDER

Deposition of Christopher Alan Nicholas

Thursday, October 12, 2017

\*    \*    \*

a witness herein, taken on behalf of the plaintiffs in

the above-entitled cause of action pursuant to

subpoena and the Federal Rules of Civil Procedure by

and before Diana L. Baker, Registered Professional

Reporter and Notary Public within and for the State of

West Virginia, at the Hilton Garden Inn, 606 Emily

Drive, Clarksburg,  West Virginia 26301, commencing at

9:09 a.m.



Register for
FREE Transcript
Repository

**Main Office**
Wheeling, WV
Toll Free: (800) 659-2249
Phone: (304) 232-9292
Fax: (304) 232-9375



STRESKI REPORTING
**& Video Service**
A Division of MDStreski, LLC

www.Streski.com
schedule@Streski.com
Toll Free: (800) 659-2249

FELICIA SANDERS v. THE UNITED STATES OF AMERICA 10/12/2017 CHRISTOPHER ALAN NICHOLAS

Page 135

1    anywhere in the whole document "NICS"; right?  He said,

2    "Point to me anywhere in Exhibit 33 where it talks about

3    NICS not having access to N-DEx"; correct?

4         A.    Yes, sir.

5         Q.    Well, why don't I direct your attention to

6    Tab 1.  Let's go to the last page.  Is that your

7    signature on this page?

8         A.    Yes, sir.

9         Q.    Do you recall working with counsel to answer

10   the discovery requests which are called interrogatories?

11        A.    Yes, sir.

12        Q.    And did you assist in the preparation of some

13   of the answers in this document called interrogatories?

14        A.    Yes, sir.

15        Q.    If you go to the response to Interrogatory

16   Number 21.  Could you read the second to last sentence

17   on the first paragraph?

18        A.    Okay.  So this jogged my memory.  "United

19   States objects to this request because NICS could not

20   access N-DEx while performing the background check for

21   the Roof transaction."

22        Q.    And is that true -- in 2015, is it true that

23   NICS could not access N-DEx while performing firearms

24   background checks?

3254912b-a6cb-48bd-b761-7396ca16a1ef

**FELICIA SANDERS v. THE UNITED STATES OF AMERICA 10/12/2017 CHRISTOPHER ALAN NICHOLAS**

Page 136

1          A.      That is true.

2                          MR. WILSON:   Objection.   Leading.

3      BY MR. TERRELL:

4          Q.      Is it true today, meaning October 12th, 2017,

5      that NICS cannot access N-DEx while performing firearms

6      background checks?

7                          MR. WILSON:   Objection.   Leading.

8          A.      NICS cannot access N-DEx today.

9      BY MR. TERRELL:

10         Q.      Is it fair to say, as a manager in CJIS, you

11     deal with the world that is, not the world that could

12     be?

13         A.      I would agree with that.

14         Q.      And whether or not there's some crazy

15     hypothetical that maybe NICS could have in some

16     alternative universe had access to N-DEx, it is the

17     United States, specifically, the Federal Bureau of

18     Investigations' position that NICS could not access

19     N-DEx in 2015; is that correct?

20                         MR. WILSON:   Objection.   Leading.

21         A.      That is correct.

22     BY MR. TERRELL:

23         Q.      To access N-DEx, do you have to be an

24     authorized user?

3254912b-a6cb-48bd-b761-7396ca16a1ef

FELICIA SANDERS v. THE UNITED STATES OF AMERICA 10/12/2017 CHRISTOPHER ALAN NICHOLAS

Page 150

```
 1     THE STATE OF        :
       WEST VIRGINIA        :
 2                          :  SS:  C E R T I F I C A T E
       COUNTY OF OHIO       :
 3
               I, DIANA BAKER, Registered Professional
 4     Reporter and Notary Public within and for the State of
       West Virginia, duly commissioned and qualified, do
 5     hereby certify that the within-named witness,
       CHRISTOPHER ALAN NICHOLAS, was by me first duly sworn to
 6     testify to the truth, the whole truth and nothing but
       the truth in the cause aforesaid.
 7
               I do further certify that the within testimony
 8     was by me reduced to stenotype in the presence of the
       witness; afterwards reduced to Computer-Aided
 9     Transcription under my direction and control; that the
       foregoing is a true and correct transcription of the
10     testimony given by said witness; and this deposition was
       concluded without adjournment.
11
               I further certify that the reading and signing
12     of the transcript was requested.
13             I do further certify that I am not a relative,
       counsel, or attorney of either party, or otherwise
14     interested in the event of this action.
15             I, to the best of my ability, do further
       certify that the attached transcript meets the
16     requirements set forth within Article 27, Chapter 47 of
       the West Virginia Code.
17
               IN WITNESS WHEREOF, I have hereunto set my hand
18     and affixed my seal of office in Wheeling, West
       Virginia, on the 30th day of October, 2017.
19

20
                     Diana Baker
21             DIANA BAKER, RPR
               Notary Public within and for the
22             State of West Virginia

23
       My Commission expires:
24     May 24, 2021
```

3254912b-a6cb-48bd-b761-7396ca16a1ef