**MAIN OFFICE**

Wheeling, WV
75 Twelfth St.
Wheeling, WV
26003
(304) 232-9292

**OTHER LOCATIONS**

Morgantown, WV
WesMon Center IV
829 Fairmont Rd.
Suite 101
Morgantown, WV
26501
(304) 598-9292

Martinsburg, WV
300 Foxcroft Ave.
Suite 300
Martinsburg, WV
25401
(304) 263-6690

Charleston, WV
222 Capitol Street
Suite 203
Charleston, WV
25301
(304) 720-9292

Pittsburgh, PA
Mellon Center
500 Grant Street
Suite 2900
Pittsburgh, PA
15219
(412) 566-2249

Steubenville, OH
The Chase Building
401 Market St.
Suite 719
Steubenville, OH
43952
(740) 284-9292

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| FELICIA SANDERS, individually : | CASE NO. 2:16-cv-2356-RMG |
| and as legal custodian for : | Consolidated with |
| K.M., a minor : | 2:16-cv-2350; 2:16-cv-2351; |
| : | 2:16-cv-2352; 2:16-cv-2354; |
| Plaintiff : | 2:16-cv-2355; 2:16-cv-2357; |
| v : | 2:16-cv-2358; 2:16-cv-2359; |
| : | 2:16-cv-2360; 2:16-cv-2378; |
| THE UNITED STATES OF AMERICA : | 2:16-cv-2405; 2:16-cv-2406; |
| : | 2:16-cv-2407; 2:16-cv-2409; |
| Defendant : | and 2:16-cv-2746 |

\* \* \*

SUBJECT TO PROTECTIVE ORDER

Deposition of John C. Quinlan

Wednesday, October 11, 2017

\* \* \*

a witness herein, taken on behalf of the plaintiffs in the above-entitled cause of action pursuant to subpoena and the Federal Rules of Civil Procedure by and before Diana L. Baker, Registered Professional Reporter and Notary Public within and for the State of West Virginia, at the Hilton Garden Inn, 606 Emily Drive, Clarksburg, West Virginia 26301, commencing at 2:34 p.m.


Register for FREE Transcript Repository

**Main Office**
Wheeling, WV
Toll Free: (800) 659-2249
Phone: (304) 232-9292
Fax: (304) 232-9375


STRESKI REPORTING & Video Service
A Division of MDStreski, LLC

www.Streski.com
schedule@Streski.com
Toll Free: (800) 659-2249

**FELICIA SANDERS v. THE UNITED STATES OF AMERICA 10/11/2017 JOHN C QUINLAN**

Page 66

```
 1        A.   For -- it's -- it's -- well, it's for -- I've
 2   got to back up for a minute.  It's -- N-DEx is within
 3   CJIS and N-DEx utilizes N-DEx to train to -- we don't
 4   use it operationally.  We use it for training purposes.
 5        Q.   I understand that, but people in CJIS have
 6   access to the N-DEx; is that correct?
 7        A.   Not all of them, no.
 8        Q.   What are the restrictions and why?
 9        A.   You have to be a criminal justice agency, so
10   NICS does not have access to N-DEx because it's not a
11   criminal justice entity within -- within the FBI.  The
12   ORI would not be affixed to that because they would be
13   running it for a firearms purpose and not for an ongoing
14   investigation or criminal investigation.
15        Q.   Tell me what is a criminal justice agency.
16        A.   I -- I'd have to have the definition.  I would
17   not want to go from memory on it.
18        Q.   How do you know NICS is not one of them?
19        A.   Because they're not using -- because it's for
20   firearm purposes.  They're not doing a criminal
21   investigation.
22        Q.   Okay.
23             Are they investigating to determine whether
24   somebody's authorized to have a firearm?
```

**STRESKI REPORTING & VIDEO SERVICE  1-800-659-2249**
Wheeling, WV  Morgantown, WV  Martinsburg, WV  Charleston, WV  Steubenville, OH  Pittsburgh, PA

c4c914c2-5177-4bcd-90ba-61ee15c5f48e

FELICIA SANDERS v. THE UNITED STATES OF AMERICA 10/11/2017 JOHN C QUINLAN

Page 146

```
THE STATE OF           :
WEST VIRGINIA          :
                       :   SS:  C E R T I F I C A T E
COUNTY OF OHIO         :
```

         I, DIANA BAKER, Registered Professional Reporter and Notary Public within and for the State of West Virginia, duly commissioned and qualified, do hereby certify that the within-named witness, JOHN C. QUINLAN, was by me first duly sworn to testify to the truth, the whole truth and nothing but the truth in the cause aforesaid.

         I do further certify that the within testimony was by me reduced to stenotype in the presence of the witness; afterwards reduced to Computer-Aided Transcription under my direction and control; that the foregoing is a true and correct transcription of the testimony given by said witness; and this deposition was concluded without adjournment.

         I further certify that the reading and signing of the transcript was requested.

         I do further certify that I am not a relative, counsel, or attorney of either party, or otherwise interested in the event of this action.

         I, to the best of my ability, do further certify that the attached transcript meets the requirements set forth within Article 27, Chapter 47 of the West Virginia Code.

         IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office in Wheeling, West Virginia, on the 30th day of October, 2017.

                    _____
                    DIANA BAKER, RPR
                    Notary Public within and for the
                    State of West Virginia

My Commission expires:
May 24, 2021

STRESKI REPORTING & VIDEO SERVICE  1-800-659-2249
Wheeling, WV  Morgantown, WV  Martinsburg, WV  Charleston, WV  Steubenville, OH  Pittsburgh, PA