## Film Time

**4-11-15:**
- 16:12:54 → walks in
- 16:14:25 → Starts gun form

**4-14-15:**
- 19:15 → walks in
        PAYS
- 19:20 → Leaving

- camra's 5 & 6 have best angle on subject

- camra 8 shows entrance & exit doors
- camra 9 parking lot view

ATF-00000023