# Exhibit 4

| SOP Number: 5.5.4 | Page 1 of 12 | Date last revised: 04/24/2015 |
|---|---|---|
| Title: IN-HOUSE RESEARCH | | |

Multiple NTNs with Different Final Statuses       WEB SITE
NTN Referencing                                   LRAT
Search by Name and FBI #                          Federal Offenses
NGI                                               Requests LRAT CANNOT Process
NCIC                                              Discrepancies/Possible Discrepancies
Multiple NTNs with Different Final Statuses

All internal automated systems (NTN Inquiry [by name, FBI, social security number], NGI, NCIC, DDF, ATFRDD, and Web sites) must be checked. The NICS Library (e.g., state information pages, terminology pages) and Westlaw, when applicable, must be researched by the Examiner. The LAT may then be contacted **prior** to calling or faxing any external agency to determine the level/disposition of the arrest charge.

### A.   NTN INQUIRY

The NTN Inquiry button is found on the status tab of the NTN. The NTN Inquiry button will allow the Examiner to determine if additional NTNs exist for analysis. If an NTN is located, the Record tab is displayed with the corresponding NTN located in the related NTN's window.

The Examiner must select and click the button prior to applying a final status to the NTN. The Examiner is only prompted to select and click the NTN inquiry button after selecting the Deny and the Denying Record buttons; however, the Examiner must select the button prior to selecting the FFL Notified button on all final statuses.

It is considered applying a final status when a transaction is placed into RFC. Examiners performing call backs on **RFC** transactions are not required to perform an NTN Inquiry.

The NTN Inquiry is searched using name, social security number, and record number. An NTN Inquiry must be performed by the Examiner on transactions requiring further research.

If a current transaction exists (delay/open that is actively being processed), notify your Supervisor/Team Leader and have the transaction placed into the correct Examiner's ownership. Also, e-mail the Examiner who has ownership of the prior transaction and their Supervisor and advise of the new transaction.

**Note:** Transactions that have exceeded the 30-day time frame (previously known as default Proceed) are not considered a current transaction.

Every NTN must be handled on its own merit. This means if an NTN has been processed for an individual in the past and comments are being cut and pasted, it is the **absolute** responsibility of the Examiner handling the most current NTN to ensure all procedures are followed. If the

1

SUBJECT TO PROTECTIVE ORDER


EXHIBIT DB 18
morris 10/10/17

FBI-00000268

### B. Disposition Document File (DDF)

When a hit exists, the Disposition Document File (DDF) tab **must** be checked on TP and Delay Queue because the search is automatically generated upon the record request.

When a match is determined on a hit in the DDF, all information **must** be checked for potential disqualifiers even if the record responding to the NICS does not indicate any potential disqualifiers. All potential disqualifiers **must** be researched in accordance to established procedures.

The DDF was established to capture disposition information that could not be updated on the NGI from the NICS Section and the BSS. The DDF not only contains disposition information that cannot be updated on the NGI, but it also contains, but is not limited to, incident reports, police reports, and protection orders.

When a subject search is performed, the DDF is automatically searched. If a manual search is applicable, the search must be performed by FBI number, social security number, and subject name as provided on the criminal record. Some examples include: name change for females due to change in marital status or incorrect spelling of name in comparison to the background check screen (example: FBI record indicates James; background check done on Jimmy).

#### Searching DDF Subject Maintenance

When a record is requested, an automatic search of DDF is conducted. To perform further searches of DDF, go to Admin and select "DDF Maintenance".

Once the screen appears, enter the information you would like to be searched within DDF.

#### Search by Name and FBI #

1. Enter the subject's last name, first name, and/or FBI number (a maximum of 250 records will be returned)
2. Click "Search"
3. If a match is found, it will be displayed within the "Results" field. Double click the appropriate record returned.
4. Click the Documentation tab. Double click on the information returned or highlight and press view. The information will be viewable as a TIF Image.
5. If you would like to attach the documentation located, refer to SOP 5.6.1.

**Note:** If you receive the error message "The file is LZW Compressed," please forward the FBI # or file name to the Supervisor of the DRST. The file cannot be viewed until it is converted into a proper format.

### C. ATF Relief of Disabilities Database (ATFRDD)

When a hit exists, the ATFRDD tab **must** be checked on TP and Delay Queue because the search is automatically generated upon the record request.

4

SUBJECT TO PROTECTIVE ORDER