# Exhibit 1

# INCIDENT REPORT

150005592

| | INCIDENT TYPE | COMPLETED | FORCED ENTRY | PREMISE TYPE | UNITS ENTERED | TYPE VICTIM |
|---|---|---|---|---|---|---|
| 1. | 44-53-230 POSSESSION OF SCHEDULE III 35A DRUG/NARCOTIC VIOLATIONS | ☑ YES ☐ NO | ☐ YES ☑ NO | DEPARTMENT/DISCOUNT STORE | | ☐ Individual ☐ Business ☐ Financial Inst ☐ Government ☐ Relig. Orgn. ☑ Soc./Public ☐ Other ☐ Unknown ☐ Police Off. |
| 2. | | ☐ YES ☐ NO | ☐ YES ☐ NO | | | |
| 3. | | ☐ YES ☐ NO | ☐ YES ☐ NO | | | |

**EVENT**

INCIDENT LOCATION (SUBDIVISION, APARTMENT AND NUMBER, STREET NAME AND NUMBER)
ZIP CODE 29212-
WEAPON TYPE NONE

| INCIDENT DATE | 24 HR. CLOCK | TO | DATE | 24 HR. CLOCK | DISPATCH DATE/TIME 24 HR. CLOCK | | | | LOCATION NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | DISP. DATE | DISP. TIME | TIME ARRIVED | DEPART. TIME | |
| 02/28/2015 | 20:42 | | 02/28/2015 | 20:43 | 02/28/2015 | 20:44 | 20:45 | 22:00 | 501 |

| COMPLAINANT'S NAME (LAST, FIRST, MIDDLE) | RELATIONSHIP TO SUBJECT | RESIDENT | RACE | SEX | AGE | ETH | DAYTIME PHONE | EVENING PHONE |
|---|---|---|---|---|---|---|---|---|
| | #1 ST #2 #3 | J | W | M | 27 / | N | ☑ H ☐ B | ☐ H ☐ B |

| ADDRESS | CITY | STATE | ZIP CODE | LOCATION NO. |
|---|---|---|---|---|
| #1 JUSTICE SQ | COLUMBIA | SC | 29201- | 212 |

**VICTIM NO. 1**

| VICTIM'S NAME (LAST, FIRST, MIDDLE) CITY OF COLUMBIA | RELATIONSHIP TO SUBJECT #1 ST #2 #3 | RESIDENT J | RACE | SEX | AGE / | ETH | DAYTIME PHONE ☑ H ☐ B | EVENING PHONE ☐ H ☐ B |
|---|---|---|---|---|---|---|---|---|

| HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. |
|---|---|---|---|---|
| | | | | |

| ADDRESS | CITY | STATE | ZIP CODE | LOCATION NO. |
|---|---|---|---|---|
| #1 JUSTICE SQ | COLUMBIA | SC | 29201- | 212 |

VISIBLE INJURY (VICT.1) ☐ YES NO ☑ EXPLAIN-
COMPLAINT OF ANY NON-VISIBLE INJURIES: ☐ YES NO ☑

VICTIM (NO.1) USING: ALCOHOL ☐ YES NO ☐ UNK ☑    DRUGS: ☐ YES NO ☐ UNK ☑    TYPE:

TWO-MAN VEH ☐   ONE-MAN VEH ☐   DETECTIVES/PLAS MT. ☐   OTHER ☐   ALONE ☐   ASSISTED ☐   *J-This Jurisdiction.   S-State.   O-Out of State.   U-Unknown.

**SUBJECT NO. 1**

| ☑ SUSPECT | NAME (LAST, FIRST, MIDDLE) ROOF, DYLANN, STORM | RACE W | SEX M | AGE 20 / | ETH N | DATE OF BIRTH 04/03/1994 | HEIGHT 509 | WEIGHT 120 | HAIR BRO | EYES BRO |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ RUNAWAY | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. | | | | | RELATED OFFENSE(S) 35A | DAYTIME PHONE ☐ H ☐ B | | EVENING PHONE ☐ H ☐ B | |
| ☐ WANTED | | | | | | | | | | |
| ☑ WARRANT | ADDRESS 10428 GARNERS FERRY RD | | | CITY EASTOVER | | STATE SC | ZIP CODE 29044- | | LOCATION NO. 299 | |
| ☑ ARREST | | | | | | | | | | |
| ☑ JAIL | SUBJECT(NO.1) USING: ALCOHOL ☐ YES NO ☐ UNK ☑   DRUGS: ☐ YES NO ☐ UNK ☑ TYPE | | | ARRESTED NEAR OFFENSE SCENE ☑ YES NO ☐   TOTAL # ARRESTED 1 | | DATE/TIME OF OFFENSE 02/28/2015 20:45:00 | | DATE/TIME OF ARREST | | |
| ☐ SUMMONS | | | | | | | | | | |

| DAY OF THE WEEK | HOW REPORTED | | DIFF. FACTOR | |
|---|---|---|---|---|
| S M T W T F S UNK 1 2 3 4 5 6 7 8 | A B C D E F | A= OFFICER DISPATCHED ON CALL   D= COMPLAINT WRITTEN IN B= REPORT TAKEN BY PHONE   E= OFFICER INITIATED C= COMPLAINANT WALKED IN   F= OTHER | N | A= RESISTANCE/HOSTILITY   E= COMPLAINANT FRE- B= WEAPONS   QUENTLY INTOXICATED C= UNFOUNDED CALLS   F= DOMESTIC D= MENTAL SUBJECT   N= NORMAL |

**NARRATIVE**

I WAS ON DIRECT PATROL ON THE ABOVE LISTED DATE AND TIME AT THE COLUMBIANA MALL WHEN I RECEIVED A COMPLAINT FROM MALL SECURITY STATING THAT A WHITE MALE WEARING ALL BLACK WAS GOING INTO THE "SHOE DEPARTMENT" STORE AND "BATH AND BODY WORKS" AND ASKING THE EMPLOYEES OUT OF THE ORDINARY QUESTIONS. THE MALL SECURITY GUARD STATED THAT THE EMPLOYEES WERE STATING THAT THE SUBJECT WAS ASKING THEM HOW MANY ASSOCIATES WERE WORKING, WHAT TIME THEY CLOSED, AND WHAT TIME THEY LEAVE. MALL SECURITY THEN POINTED OUT THE SUBJECT AT WHICH TIME I MADE CONSENTUAL CONTACT WITH HIM. UPON MAKING CONTACT WITH THE SUBJECT I CONFIRMED THAT HIS NAME WAS DYLANN S. ROOF, DOB ▓▓▓▓▓▓▓▓. UPON TALKING WITH MR. DYLANN I ASKED HIM WHY HE WAS ASKING THE EMPLOYEES OF THE BUSINESSES THOSE QUESTIONS. MR. DYLANN THEN BEGAN

| JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY | JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY |
|---|---|
| | |

**PROPERTY EST.**

| TYPE (GROUP) | | TOTAL VALUE |
|---|---|---|
| STOLEN | | |
| DAMAGED | | |
| BURNED | | |
| RECOVERED | | |
| SEIZED | | |

**ADMINISTRATIVE**

| SUBJECT IDENTIFIED ☑ YES ☐ NO | SUBJECT LOCATED ☑ YES ☐ NO | S.F. CJ | ☑ ACTIVE ☐ ADM. CLOSED ☐ UNFOUNDED | ARRESTED UNDER 18 ☐ ARRESTED 18 AND OVER ☐ | EX-CLEAR UNDER 18 ☐ EX-CLEAR 18 AND OVER ☐ |
|---|---|---|---|---|---|

REASON FOR EXCEPTIONAL CLEARANCE:   1 ☐ OFFENDER DEATH.   2 ☐ NO PROSECUTION.   3 ☐ EXTRADITION DENIED.   4 ☐ VICTIM DECLINES COOPERATION.   5 ☐ JUVENILE-NO CUSTODY.

| REPORTING OFFICER(S) | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| FITZGERALD BRANDON M | 02/28/2015 22:34:37 | 22847 | REASE ARTHUR E | 03/01/2015 04:17:54 | 15311 |
| | | | FOLLOW-UP INVESTIGATION ☐ YES ☐ NO OFFICER | | |

**325**

## ADDITIONAL NARRATIVE

| Agency Name: City of Columbia Police Department | ORI #: SC0400100 | Report Date/Time: 02/28/2015 20:42 | OCA #: 150005592 |
|---|---|---|---|

SPEAKING VERY NERVOUSLY AND STATED THAT HIS PARENTS WERE PRESSURING HIM TO GET A JOB. I THEN ASKED MR. DYLANN IF HE ASKED FOR AN APPLICATION FROM ANY OF THE STORES AND HE STATED THAT HE DID NOT. I AGAIN OBSERVED THAT MR DYLANN WAS BECOMING MORE NERVOUS ACTING AND TAKING MORE TIME TO THINK OF ANSWERS TO MY QUESTIONS. I THEN ASKED MR. DYLANN IF HE HAD ANYTHING ILLEGAL ON HIS PERSON THAT I NEEDED TO KNOW ABOUT AND HE STATED THAT HE DID NOT. I THEN RECEIVED CONSENT TO SEARCH HIS PERSON AT WHICH TIME I LOCATED A SMALL UNLABELED WHITE BOTTLE CONTAINING MULTIPLE ORANGE IN COLOR SQUARE STRIPS LOCATED IN MR. DYLANN'S RIGHT JACKET POCKET. I THEN ASKED MR. DYLANN WHAT THE ORANGE STRIPS WERE AND HE STATED THEY WERE LISTERINE STRIPS. I AGAIN ASKED HIM WHAT THEY WERE AND HE STATED THAT THEY WERE SUBOXONE. I THEN ASKED MR. DYLANN IF HE HAD A PRESCRIPTION FOR THEM AND HE STATED THAT HE DID NOT. I THEN CONFIRMED THROUGH POISON CONTROL THAT SUBOXONE IS A SCHEDULE III NARCOTIC. I THEN PLACED MR DYLANN UNDER ARREST FOR POSSESSION OF SCHEDULE III. POST MIRANDA MR. DYLANN STATED THAT THE STRIPS WERE SUBOXONE AND THAT HE RECEIVED THEM FROM A FRIEND. DUE TO MR. DYLANN BEING ARRESTED I HAD HIS 2000 HYUNDAI ELANTRA ▓▓▓▓▓▓▓ TOWED BY ST ANDREWS TOWING AND I NOTIFIED THE OWNER BY MAIL. I HAD ALL EVIDENCE TAGGED INTO THE PROPERTY ROOM.