# Exhibit 2

**ARREST WARRANT**

**2015A4021600503**

STATE OF SOUTH CAROLINA
- [ ] County/
- [X] Municipality of

City of Columbia

**ORIGINAL**

THE STATE 000S592
against

Dylann Storm Roof

Address: 10428 Garners Ferry Rd
Columbia, SC -

Phone: _____ SSN: _____
Sex: M   Race: W   Height: 5 9   Weight: 120
DL State: _____ DL #: _____
DOB: 4/3/1994   Agency ORI #: SC0400100
Prosecuting Agency: Columbia Police Department
Prosecuting Officer: Brandon M Fitzgerald - 22847
Offense: Possession of Schedule III Drugs/Drugs / Possession of other controlled sub. in Sched. I to V
Offense Code: 0179
Code/Ordinance Sec: 44-53-0370(d)(2)

This warrant is CERTIFIED FOR SERVICE in the
- [ ] County/
- [ ] Municipality of

The accused is to be arrested and brought before me to be dealt with according to the law.

(L.S.)

Signature of Judge
Date: _____

**RETURN**
A copy of this arrest warrant was delivered to defendant Dylann Storm Roof on 3/2/15

Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:
City Of Columbia Municipal Court
811 Washington Street
Columbia, SC 29201

ORIGINAL    ORIGINAL

---

STATE OF SOUTH CAROLINA
- [ ] County/
- [X] Municipality of

City of Columbia

**AFFIDAVIT**

**ORIGINAL**

Form Approved by S.C. Attorney General April 21, 2003 SCCA 515

Personally appeared before me the affiant Brandon M Fitzgerald who being duly sworn deposes and says that defendant Dylann Storm Roof did within this county and state on or about 2/28/2015 violate the criminal laws of the State of South Carolina (or ordinance of
- [ ] County/
- [X] Municipality of City of Columbia)

in the following particulars:

DESCRIPTION OF OFFENSE: Possession of Schedule III Drugs/Drugs / Possession of other controlled sub. in Sched. I to V - 1st offense

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

On 02/28/2015 at approx 2045 hours while at 100 Columbiana Circle, city of Columbia, county of Lexington the affiant made consensual contact with the def after receiving a couple of store complaints on him. Upon making contact with the def affiant received consent to search his person and located (1) white unlabled pill bottle containing multiple orange in color strips believed to be suboxone. Post Miranda the def stated that he was given the substance by a friend and that he did not have a prescription. Affiant confirmed substance as a Schedule III through poison control.

Signature of Affiant

STATE OF SOUTH CAROLINA
- [ ] County/
- [X] Municipality of

City of Columbia

Affiant's Address: Columbia Police Department
Columbia, SC 29201-
Affiant's Telephone: (803)545-3500

**ARREST WARRANT**

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 2/28/2015 defendant Dylann Storm Roof did violate the criminal laws of the State of South Carolina (or ordinance of
- [ ] County/
- [X] Municipality of City of Columbia) as set forth below:

DESCRIPTION OF OFFENSE: Possession of Schedule III Drugs/Drugs / Possession of other controlled sub. in Sched. I to V - 1st offense

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me on 3/1/2015

(L.S.)

Russell T. Spencer
Judge Code: 6674

Judge's Address: P.O. Box 644
Columbia, SC 29202
Judge's Telephone: (803)545-3128

Issuing Court:
- [ ] Magistrate
- [X] Municipal
- [ ] Circuit

ORIGINAL    ORIGINAL    ORIGINAL    ORIGINAL    ORIGINAL

A TRUE COPY
1st CIR. C.C.P. GIS. & F.C.

**331**