# Exhibit 3

04/13/2015 1:59:05 PM -0400 FBI CJIS                                        PAGE 2 OF 2

R-84 (Rev. 08-31-1999)                    **FINAL DISPOSITION REPORT**                    Leave Blank

Note: This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted thereon. If no final disposition is available to arresting agency, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: FBI, CJIS Division, Clarksburg, WV 26306.

FBI No. (H)

Final Disposition & Date
(if convicted or subject pleaded guilty to lesser charge, include this modification with disposition.)

Name on fingerprint Card Submitted to FBI
Last      First      Middle
**ROOF, DYLANN STORM**

Date of Birth **04/03/1994**    Sex **M**

Henry Fingerprint Classification From FBI 1-B Response

Is this offense drug related?    Yes☐  No☐

State Bureau No. (SID) (P-1)    Social Security No. (SOC)    (H)
(H)

together with ORI number.) agency
**LEXINGTON SO**

Signature        Date

Title

Arrest No. (OCA)    Date Arrested or Received
                    **03/01/2015**

☐ COURT ORDERED EXPUNGEMENT:
Certified or Authenticated Copy of Court Order Attached.

Offenses Charged at Arrest
**CHARGE MDP, SCH I B,C, LSD**
**WARR 2015A4021600503**

No arrest or
Report for this
date. The last
PLEASE PROVIDE THE INCIDENT REPORT        arrest was on
-NEED TO KNOW IF FIELD/LAB TESTED          2-28-15.
-NEED TO KNOW IF SUBJECT ADMITTED TO DRUGS  Columbia PD will
                                            have the Report
THANK YOU

NTN **2WCV-F64**    (H)    (H)

**9999175450**

Please return this document with any additional documentation.

## SUBJECT TO PROTECTIVE ORDER

**FBI-00000046**