# Exhibit 4

&lt;&lt;&lt;&lt;&lt;&lt; COMMENTS &gt;&gt;&gt;&gt;&gt;&gt;
      (CONTINUED)

06/25/2015 20:20:27 -- (H)
COMMENTS/--This ntn was
unassigned by NAU back to the delay que took ownership that was
previously be worked by a NICS examiner.

06/26/2015 01:37:16 --
FBIREQUEST
--- This NTN has expired ---

06/26/2015 22:48:01 2015 -
NICS
File [2WCV-F64_20150626224221.TIF] has been attached by the
system.

06/29/2015 08:20:07     (H)
COMMENTS/--Received faxed
incident report for DOA 3/1/2015. Report states, "... I located a
small unlabeled white bottle containing multiple orange in color
square strips located in Mr. Dylann's right jacket pocket. I then
asked Mr. Dylann what the orange strips were and he stated they were
Listerine strips. I again asked him what they were and he stated that
they were Suboxone. I then asked Mr. Dylann if he had a prescription
for them and he stated that he did not. I then confirmed through
poison control that Suboxone is a schedule III narcotic.
..."

06/29/2015 08:20:07 --
(H)
ROOF-COLUMBIAPDINCIDENTREPORT-2015.TIF attached.

06/29/2015
08:20:30 --   (H)
The record for 03/01/2015 was received
06/29/2015 from COLUMBIA PD for 2WCVF64.

06/29/2015 08:21:33 --
(H)
COMMENTS/--The ORI for Columbia PD is   (H)   updating
the contact list and Biscom.

06/29/2015 08:58:25 --
(H)
COMMENTS/--Decision to DENY based on Federal Prohibitor
922(g)(3).

--Requested the record, it now shows a NC state record,
SID (P-1) with the following arrest which refers to the SC
record, additional arrest for DOA 6/18/2015 also
following:

--------------------------------- Cycle 001
-------------------------------
 acking Number         01
 rliest
Event Date         2015 06 18 Incident Date

SUBJECT TO PROTECTIVE ORDER   07/09/2015 12:50PM (GMT-04:00)

FBI-00000123