# Exhibit 6

| SOP Number: 5.5.5 | Page 1 of 17 | Date Last Revised: 03/11/2015 |
|---|---|---|
| Title: EXTERNAL RESEARCH | | |

Outgoing Faxes and Mail
Payment of Court Transcript Fees
Mass Contacts
Waiting for Disposition Information
Entering Information Requests into WFD
Multiple Related Federal DOAs with Missing Disposition
Entering Information Received
Research Comments
Process 2nd Request

All internal research must be conducted and documented **before** making any external contacts.

### State/Federal/International Processing Pages/Contact Lists

The Examiner will contact the state POC, the courts, district attorneys, probation offices, arresting agencies, etc. for disposition, level of offense, incident report, etc. via fax, phone, mail, email, and/or Nlets in accordance with the preference indicated on the State Processing Page and Contact List. If the preference indicates that other agencies can only be contacted if no response is received, or as a last resort, other agencies must be contacted, as soon as possible after the 10th calendar day. This will ensure that all resources, in keeping with the NICS Standard Operating Procedures and established state contact procedures, are being exhausted. Every effort must be made to obtain the necessary information, in order to reach a final decision on a NICS transaction during the research phase.

The NICS Section maintains an accurate listing of the agencies that request a fee from NICS or will not assist the NICS. The State Contact Lists are updated to reflect these agencies. The NICS has an obligation to make every reasonable effort to obtain information; however, Examiners **must not** contact an agency if: a) its listing states it charges a fee, since the NICS has no funding for this purpose; or b) its listing states **DO NOT CONTACT**.

For international arrests (Canada or Interpol) please refer to the **International Folder** (located on Share Point). For federal arrests, refer to the **Federal Folder** located on SharePoint. **DO NOT** contact a local or state law enforcement agency for a federal or international disposition.

When researching a possible prohibitor with an ORI similar to the following: "FBI/DATA INTEGRITY CLARKSBURG    (H)   )" this is not a federal arrest. The US District Courts must not be contacted. This is a state arrest and must be researched accordingly. The first two letters in the ORI refer to the state of the

SUBJECT TO PROTECTIVE ORDER

FBI-00000282