# Exhibit 7

# South Carolina City/County List

Updated: 5/15/2013 dir

To print: Highlight information to be printed. Click on: File / Print / Selection button / Ok.

| City | County |
|---|---|
| Cleveland | Greenville |
| Clifton | Spartanburg |
| Clinton | Laurens |
| Clio | Marlboro |
| Clover | York |
| Clyde | Chesterfield |
| Cochrantown | Horry |
| Coiubia | Richland |
| Cola | Richland |
| College Park | Berkeley |
| Colliers | McCormick |
| Columbia | Richland |
| Conestee | Greenville |
| Congaree | Richland |
| Converse | Spartanburg |
| Conway | Horry |
| Coosaw | Beaufort |
| Cope | Orangeburg |
| Cordesville | Berkeley |
| Cordova | Chester |
| Cornwell | Orangeburg |
| Cottageville | Colleton |
| Coward | Florence |
| Cowpens | Spartanburg |
| Crafts Farrow | Richland |
| Crane Forest | Richland |
| Crescent Beach | Horry |
| Creston | Calhoun |
| Crocketville | Hampton |
| Cross | Berkeley |
| Cross Anchor | Spartanburg |
| Cross Hill | Laurens |
| Cypress Crossroads | Darlington |
| Dale | Beaufort |
| Dalzell | Sumter |
| Darlington | Darlington |
| Daufuskie Island | Beaufort |

Updated 12/31/03 pm/usa

Page 4

SUBJECT TO PROTECTIVE ORDER

FBI-00000326