# Exhibit 8

| ORI | AGENCY | WEBSITES E-MAIL | WEBSITE RETENTION | PHONE (H), (M) Bold Denotes Preference | FAX Bold Denotes Preference | RECORD RETENTION | NOTES |
|---|---|---|---|---|---|---|---|
| RICHLAND COUNTY | | | | | | | |
| | Sheriff (H) | | | 803-691-9000 | | | Do not have many dispos. If you have a warrant#, they can advise you of which Magistrate to contact. Will respond by email |
| | Columbia PD | | | 803-576-3192 | | Reports to '95. | Contact the courts for disposition. Can also send NLETS to (H) |
| | | | | | 803-733-8370 | Records (incident reports) back 10 years | Attn: (H) |
| | SC DHEC Bureau of Drug Control | | | 803-896-0636 | 803-896-0625 | Records to 1991. | Attn: Wilbur Harling Bureau Director. Could also be from other counties. Can supply warrant, county of arrest, and incident report |
| | Forest Acres PD | | | | 803-787-8833 | | |
| | Eastover PD Retired | | | | | | no contact for this agency's records |
| | Dept of Natural Resources | | | 803-953-4000 | 803-953-3010 | | |
| | University of SC PD | | | 803-777-4215 | 803-777-9174 | | |
| | Richland Co Detention Center | | | 803-576-3200 | 803-576-3299 | Records held for 10 years then destroyed. | |
| | General Sessions Court | | | 803-576-1939 | 803-576-1925 | | Attn: Records |
| | Magistrate Court: Judge Barber (1) | | | 803-576-2510 | 803-576-2519 | Columbia Records to 1989 | |
| | Magistrate Court: Judge Cuff (2) | | | 803-576-2550 | 803-576-2555 | Columbia Records to 1989 | |
| | Magistrate Court: Judge Davis (3) | | | 803-576-2500 | 803-576-2504 | Columbia Records to 1989 | |
| | Magistrate Court: Judge Byrd (4) | | | 803-576-2330 | 803-748-4614 | Columbia Records to 1989 | |
| | Magistrate Court: Judge Maurer (5) | | | 803-576-2540 | 803-576-2545 | Dutch Fork Records to 1989 | |
| | Magistrate Court: Judge Metts (6) | | | 803-576-3284 | 803-576-3303 | | Bond court-no case files-No dispositions |
| | Magistrate Court: Judge Newsom (7) | | | 803-576-2560 | 803-576-2569 | Dentsville Records to 1989 | |
| | Magistrate Court: Judge Edmond (8) | | | 803-576-2570 | 803-576-2579 | Columbia Records to 1989 | |

SUBJECT TO PROTECTIVE ORDER

FBI-00000321