IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| FELICIA SANDERS, individually and as Legal Custodian of K.M., a minor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br><br>This document pertains to all cases | Civil Action No. 2:16-cv-2356-RMG<br><br>*consolidated with* 2:16-cv-2350; 2:16-cv-2351; 2:16-cv-2352; 2:16-cv-2354; 2:16-cv-2355; 2:16-cv-2357; 2:16-cv-2358; 2:16-cv-2359; 2:16-cv-2360; 2:16-cv-2405; 2:16-cv-2406; 2:16-cv-2407; 2:16-cv-2409; and 2:16-cv-2746 |

## SECOND RENEWED MOTION TO DISMISS

The United States hereby moves, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and Local Civ. Rule 7.01 (D.S.C.), to dismiss these actions for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in the accompanying memorandum of points and authorities, which is incorporated herein by reference. This motion is supported by the concurrently filed memorandum of points and authorities, all arguments advanced in reply, and any additional arguments or evidence submitted with leave of Court.

　　Dated: December 13, 2019,

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　THOMAS G. WARD
　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　Civil Division

- 2 -

        JAMES G. TOUHEY, JR.
        Director, Torts Branch

        /s/ Stephen R. Terrell
        STEPHEN R. TERRELL
        Trial Attorney
        Torts Branch, Civil Division
        United States Department of Justice
        P.O. Box 888
        Washington, DC 20044
        Stephen.Terrell2@usdoj.gov
        (202) 353-1651