IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| FELICIA SANDERS, individually and as Legal Custodian of K.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>This document pertains to all cases | Civil Action No. 2:16-cv-2356-RMG<br><br>*consolidated with* 2:16-cv-2350; 2:16-cv-2351; 2:16-cv-2352; 2:16-cv-2354; 2:16-cv-2355; 2:16-cv-2357; 2:16-cv-2358; 2:16-cv-2359; 2:16-cv-2360; 2:16-cv-2405; 2:16-cv-2406; 2:16-cv-2407; 2:16-cv-2409; and 2:16-cv-2746 |

**PLAINTIFFS' MOTION FOR DISQUALIFICATION AND TRANSFER**

PLEASE TAKE NOTICE Plaintiffs, by and through their undersigned attorneys, hereby move, at such time, date and place as the Court may fix, for an Order for disqualification of the assigned judge in these cases pursuant to 28 U.S.C. §455 and transfer of these actions to a different judge to address the merits of these actions. Said motion is made upon the grounds and for the reasons set forth in Plaintiffs' memorandum in support of this motion.

Counsel for Defendant has advised counsel for Plaintiffs that the United States does not join in or consent to Plaintiffs' motion and that it will set forth its position in a brief to be filed per Local Rules.

1

s/Gedney M. Howe, III

SEN. GERALD MALLOY
Malloy Law Firm
PO Box 1200
Hartsville, SC  29551
Phone:  843-339-3000
Fax:  843-332-4646
gmalloy@bellsouth.net

S. RANDALL HOOD
McGowan, Hood & Felder, LLC
1539 Health Care Drive
Rock Hill, SC  29732
Phone:  803-327-7828
rhood@mcgowanhood.com

GEDNEY M. HOWE, III
ALVIN J. HAMMER
Law Offices of Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC  29402
Phone:  843-722-8048
ghowe@gedneyhowe.com

*Attorneys for: Jennifer Pinckney, Personal Representative of the Estate of Clementa Pinckney; Jennifer Pinckney; Jennifer Pinckney, individually and as Parent, Natural Guardian and Next Friend of M.P., a minor*

GEDNEY M. HOWE, III
ALVIN J. HAMMER
Law Office of Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC  29402
Phone:  843-722-8048
Fax:  843-722-2140
ghowe@gedneyhowe.com

ANDREW J. SAVAGE, III
Savage Law Firm
15 Prioleau Street
Charleston, SC  29401
Phone:  843-720-7470
Fax:  843-720-7478
Andy@savlaw.com

*Attorneys for: Tyrone Sanders, Personal Representative of the Estate of Tywanza Sanders; Felicia Sanders; Felicia Sanders, individually and as Legal Custodian of K.M., a minor; Polly Sheppard; Walter B. Jackson, Personal Representative of the Estate of Susie Jackson; Laura Moore, Personal Representative of the Estate of Ethel Lance; Bethane Middleton-Brown, Personal Representative of the Estate of DePayne Middleton-Doctor*

GEDNEY M. HOWE, III
ALVIN J. HAMMER
Law Offices of Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC  29402
Phone: 843-722-8048
Fax:  843-722-2140
ghowe@gedneyhowe.com

ANDREW J. SAVAGE
Savage Law Firm
15 Prioleau Street
Charleston, SC  29401
Phone:  843-720-7470
Fax:  843-720-7478
Andy@savlaw.com

W. MULLINS McLEOD, JR.
McLeod Law Group, LLC
3 Morris Street, Ste. A
Charleston, SC  29403
Phone:  843-277-6655
Mullins@mcleod-lawgroup.com

J. STEPHEN SCHMUTZ
Schmutz & Schmutz Attorneys at Law
24 Broad Street
Charleston, SC  29401
Phone:  843-577-5530
Steve@schmutzlaw.com

*Attorneys for: Anthony Thompson and Kevin Singleton, as Co-Personal Representatives of the Estate of Myra Singleton Quarles Thompson*

W. MULLINS McLEOD, JR.
McLeod Law Group, LLC
3 Morris Street, Ste. A
Charleston,  SC  29403
Phone:  843-277-6655
Mullins@mcleod-lawgroup.com


J. STEPHEN SCHMUTZ
Schmutz & Schmutz Attorneys at Law
24 Broad Street
Charleston, SC  29401
Phone:  843-577-5530
Steve@schmutzlaw.com

DAVID F. AYLOR
David Aylor Law Offices
24 Broad Street
Charleston, SC  29401
Phone:  843-310-4900
David@davidaylor.com

*Attorneys for: Shalisa Coleman, as Personal Representative of the Estate of Sharonda Coleman-Singleton; Anthony Thompson; Arthur Stephen Hurd, as Personal Representative of the Estate of Cynthia Graham Hurd; Arthur Stephen Hurd*

January 24, 2020