IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| FELICIA SANDERS, individually and as Legal Custodian of K.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 2:16-cv-2356-MBS<br><br>**PETITION TO APPROVE SETTLEMENT FOR A MINOR** |

Plaintiff petitions the Court pursuant to the Federal Tort Claim Act (FTCA) for approval of the proposed settlement of a minor, and would show unto this Honorable Court as follows:

1. The Plaintiff has reached a proposed settlement with Defendant as set forth in this Petition. That proposed settlement is memorialized in the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677, attached as **Exhibit A** hereto.

2. K.M. was a victim of the Mother Emanuel shooting on or about June 17, 2015, in Charleston, South Carolina, and brought claims against Defendant as more fully set forth in the Complaint and Amended Complaint on file herein.

3. Defendant denies any liability with respect to the claims but has negotiated the settlement herein as a reasonable compromise of disputed claims.

4. Defendant is not insured for claims such as that presented by the Decedent but allows for such claim under the FTCA.

5. The terms of the proposed settlement include the payment of $5,000,000.00 to Felicia Sanders, individually and as Legal Custodian of K.M., a minor.

1

6. The Plaintiff has retained counsel listed below and agreed to pay the sum of 25% of the amount recovered for attorney's fees and $24,251.41 for costs as set forth on **Exhibit B** attached hereto.

7. The Petitioner believes the settlement is in the best interest of the minor.

WHEREFORE, the Plaintiff petitions this Court as follows:

1. to approve the proposed settlement with Defendant in the amount of $5,000,000.00, and subject to all terms and conditions set forth in the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677, attached hereto as **Exhibit A**, payable to Felicia Sanders, individually and as legal custodian of K.M, a minor, as set forth in this Petition and to effectuate such further documents as necessary to effectuate settlement;

2. to relieve and discharge Defendant from further liability and all obligations or legal duties to see to the appropriate or proper distribution of the settlement proceeds in accordance the FTCA;

3. for an Order providing that, upon payment to the Plaintiff, the obligations of Defendant be fully and completely released and finally and forever discharged from any further responsibility in connection with the injuries to K.M., a minor; and

4. for an order that attorneys' fees and disbursements as set forth in **Exhibit B** be approved and that the settlement proceeds be distributed as set forth on **Exhibit B**.

RESPECTFULLY SUBMITTED,

By: s/Gedney M. Howe, III

SAVAGE LAW FIRM
Andrew J. Savage, III (Fed Bar #3734)
15 Prioleau Street
Charleston, SC 29401
Phone: 843-720-7470
Fax: 843-720-7478
Andy@savlaw.com

          LAW OFFICES OF GEDNEY M. HOWE, III, PA
          Gedney M. Howe, III (Fed Bar #1971)
          PO Box 1034
          Charleston, SC 29402
          Phone: 843-722-8048
          Fax: 843-722-2140
          ghowe@gedneyhowe.com

          STROM LAW FIRM
          Bakari T. Sellers (Fed Bar #11099)
          6923 N. Trenholm Road, Ste. 200
          Columbia, SC  29206
          Phone:  803-252-4800
          bsellers@stromlaw.com

          RICHARD A. HARPOOTLIAN, PA
          Richard A. Harpootlian (Fed Bar #1730)
          PO Boxes 1090
          Columbia, SC  29202
          Phone:  803-252-4848
          Rah@harpootlianlaw.com
          Attorneys for Plaintiff

Charleston, South Carolina

October 28, 2021

STATE OF SOUTH CAROLINA )
) **VERIFICATION**
COUNTY OF CHARLESTON )

PERSONALLY APPEARED BEFORE ME, Felicia Sanders, in her capacity as legal custodian of K.M. a minor, who being duly sworn, deposes and says that she is the Petitioner in the foregoing action; that she has read the Petition to Approve Settlement for a Minor, and the same is true and correct of her own knowledge, save and except those matters and things therein alleged on information and belief; and, as to those matters and things, she believes the same to be true and correct.

_____
FELICIA SANDERS, INDIVIDUALLY AND AS
LEGAL CUSTODIAN OF K.M., A MINOR

SWORN TO and subscribed before me this
27th day of October, 2021.

_____
Notary Public for South Carolina

My Commission Expires: 1-17-2027

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| FELICIA SANDERS, individually and as Legal Custodian of K.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 2:16-cv-2356-MBS<br><br>**CERTIFICATION OF LEGAL COUNSEL** |

I, Andrew J. Savage, III, attorney for Claimant Felicia Sanders individually and as legal custodian of K.M., a minor certifies as follows:

1. I have read the Petition to Approve Settlement for a Minor.

2. I am of the opinion that the settlement is fair and reasonable and in the best interest of the minor.

By: s/Andrew J. Savage, III (with permission)

SAVAGE LAW FIRM
Andrew J. Savage, III (Fed Bar #3734)
15 Prioleau Street
Charleston, SC 29401
Phone: 843-720-7470
Fax: 843-720-7478
Andy@savlaw.com

LAW OFFICES OF GEDNEY M. HOWE, III, PA
Gedney M. Howe, III (Fed Bar #1971)
PO Box 1034
Charleston, SC 29402
Phone: 843-722-8048
Fax: 843-722-2140
ghowe@gedneyhowe.com

5

STROM LAW FIRM
Bakari T. Sellers (Fed Bar #11099)
6923 N. Trenholm Road, Ste. 200
Columbia, SC  29206
Phone:  803-252-4800
bsellers@stromlaw.com

RICHARD A. HARPOOTLIAN, PA
Richard A. Harpootlian (Fed Bar #1730)
PO Boxes 1090
Columbia, SC  29202
Phone:  803-252-4848
Rah@harpootlianlaw.com

Charleston, South Carolina

October 28, 2021