SETTLEMENT STATEMENT

Felicia Sanders, individually and as Legal Custodian of K.M., a minor
v. The United States of America

Case No: 2:16-cv-2356-MBS

| | | |
|---|---|---|
| Total Amount of Settlement: | | $5,000,000.00 |
| Less Attorneys' fee (25%): | | <u>$1,250,000.00</u> |
| | Balance: | $3,750,000.00 |

Less Office Expenses to be Reimbursed:
Gedney M. Howe, III
1. US District Court — $400.00
2. MD Streski, LLC — $141.49
3. Sky High Air, LLC — $295.31
4. Hotel for depositions — $12.50
5. US Court of Appeals — $505.00
6. Lantagne Legal Printing — $203.64
7. Lantagne Legal Printing — $15.33
8. Lantagne Legal Printing — $56.12
9. ProLegal Discovery Solutions — $114.56
10. Randolph Waid, Ph.D., retainer — $10,000.00
11. Wills Massalon & Allen, LLC — $1,002.85
12. Hotel, copies, et. re Appeal — <u>$88.26</u>
$12,835.06

Savage Law Firm
1. Payment for certified letter to FBI — $8.26
2. Rosen Litigation Technology — $12.50
3. Carolina Realtime — $14.25
4. The Quick Group, LLC — $509.60
5. Ward Communications — $66.41
6. Debra L. Potocki (transcripts) — $16.09
7. The Quick Group — $87.50
8. Amy Diaz (transcript) — $11.93
9. Geoffrey P. Alpert, retainer — $750.00
10. PACER — $5.18
11. FedEx to K. M. — $109.11
12. AT&T conference call — $5.70
13. CIOX Health — $98.22
14. CIOX Health — $31.82
15. CIOX Health — $62.81
16. CIOX Health — $30.17
17. ProLegal Discovery Solutions — $50.78
18. Roxann A. Hassett, L.P.C., N.C.C. — $50.00
19. Flash drives — $17.53

EXHIBIT B

|     |     |
| --- | --- |
| 20. CIOX Health | $250.13 |
| 21. DPK Media Solutions | $655.36 |
| 22. DPK Media for video | $296.43 |
| 23. Steven Peterson | $98.13 |
| 24. Overnight mail to Bakari Sellers | $2.67 |
| 25. Charleston Place Hotel | $212.58 |
|     | $3,453.16 |

McGowan Hood & Felder, LLC

1. Research     $99.76
2. Plane     $1,455.38
      $1,555.14

McLeod Law Group

1. Wheels Up
(flight to DC 8/6/21)     $1,541.04
2. Wheels Up
(flight to Richmond 9/30/21)     $2,574.46
      $4,115.50

Strom Law Office, LLC

1. Plane to DC, mediation expenses     $2,292.55

Total Office Expenses to be Reimbursed:     $24,251.41

Balance Due to Client:     $3,725,748.59

      I hereby acknowledge that my attorney has provided me with a copy of my file. I hereby authorize the destruction of the file and acknowledge and confirm that there are no pending or threatened legal proceedings known to me or my attorney.

      All known medical bills, liens and expenses have been paid. Any other medical bills, liens and/or expenses are the responsibility of the client. I, Felicia Sanders, individually and as Legal Custodian of K.M., a minor, instruct disbursement as set forth above.

      Approved and received the sum of $3,725,748.59 this ____ day of _____, 2021.

_____
Felicia Sanders, individually and as
Legal Custodian of K.M., a minor

EXHIBIT B