IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| FELICIA SANDERS, individually and as Legal Guardian of K.M., a minor, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 2:16-cv-2356-MBS <br><br> **ORDER APPROVING SETTLEMENT** |

THIS MATTER COMES BEFORE THE COURT by way of Petition of the Plaintiff, seeking an Order, pursuant to the Federal Tort Claims Act, for approval of the settlement of a minor.

The Court has reviewed the Petition to Approve Settlement for the minor, and the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677, attached as **Exhibit A** to the Petition, and finds that the proposed settlement in the amount of $5,000,000.00 is fair and reasonable, and in the best interest of the minor.

NOW, THEREFORE, IT IS

ORDERED that the proposed settlement by Felicia Sanders, individually and as legal guardian of K.M., a minor with Defendant in the total amount of $5,000,000.00 payable to Felicia Sanders, individually and as legal guardian of K.M., a minor memorialized in the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 is hereby approved; and

1

IT IS FURTHER ORDERED that Felicia Sanders is hereby authorized and directed to consummate the said settlement for and on behalf of the minor, and to execute a full, final and complete release and discharge of Defendant, in consideration of the payment of the sum set forth above; and

IT IS FURTHER ORDERED that payment of the settlement funds by Defendant shall relieve and discharge Defendant from further liability and all obligations or legal duties to see to the appropriate or proper distribution of the settlement proceeds; and

IT IS FURTHER ORDERED that, upon payment as aforesaid to the Plaintiff, the obligations of Defendant are fully and completely released and finally and forever discharged from any further responsibility in connection with the injuries to K.M., a minor;

IT IS FURTHER ORDERED that attorney fees, costs, and other disbursements as set forth on **Exhibit B** attached to the Petition are approved and that the Plaintiff be and is hereby authorized and directed to make disbursements in accordance with **Exhibit B** attached to the Petition and incorporated herein by reference; and

IT IS SO ORDERED, ADJUDGED AND DECREED this 16th day of November, 2021, at Charleston, South Carolina.

/s/ Margaret B. Seymour
Senior United States District Judge