IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| FELICIA SANDERS, individually and as Legal Custodian of K.M., a minor, | Civil Action No. 2:16-cv-2356-MBS |
| Plaintiff, | *consolidated with* 2:16-cv-2350; 2:16-cv-2351; 2:16-cv-2352; 2:16-cv-2354; 2:16-cv-2355; 2:16-cv-2357; 2:16-cv-2358; 2:16-cv-2359; 2:16-cv-2360; 2:16-cv-2405; 2:16-cv-2406; 2:16-cv-2407; 2:16-cv-2409; and 2:16-cv-2746 |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |
| This document pertains to all cases. | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), plaintiffs and the United States (the parties) jointly stipulate that this consolidated action and each and every individual consolidated action, is dismissed with prejudice, that plaintiffs and the United States shall bear their own respective costs, expenses, and attorney's fees and that the Court shall not retain jurisdiction over these actions. The parties agree this dismissal is a judgment for purposes of 28 U.S.C. § 2676.

Respectfully submitted, January 20, 2022,

| | |
|---|---|
| s/ Gedney M. Howe, III, via Alvin J. Hammer by<br>s/ Stephen R. Terrell per e-mail authorization dated January 20, 2022<br>ANDREW J. SAVAGE, III<br>Federal ID Number: 3734<br>SAVAGE LAW FIRM<br>15 Prioleau Street<br>Charleston, SC 29401<br>Telephone: (843) 720-7470<br>Email: andy@savlaw.com<br><br>GEDNEY M. HOWE, III | BRIAN BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>JAMES G. TOUHEY, JR.<br>Director, Torts Branch<br><br>LAWRENCE EISER<br>Senior Trial Counsel, Torts Branch<br><br>s/ Stephen R. Terrell<br>STEPHEN R. TERRELL<br>CATE E. CARDINALE |

GEDNEY M. HOWE, IV
Law Offices of Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC 29402
Phone: 843-722-8048
Fax: 843-722-2140
ghowe@gedneyhowe.com
gedney4@gedneyhowe.com

RICHARD A. HARPOOTLIAN
PHILLIP DONALD BARBER
Richard A. Harpootlian, PA
PO Box 1090
Columbia, SC 29202
P: 803-252-4848
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

BAKARI T. SELLERS
Strom Law Firm, LLC
6923 North Trenholm Road, Ste. 200
Columbia, SC 29216
P: 803-252-4800
bsellers@stromlaw.com

*Attorneys for: Tyrone Sanders, Personal Representative of the Estate of Tywanza Sanders; Felicia Sanders; Felicia Sanders, individually and as Legal Custodian of K.M., a minor; Polly Sheppard; Walter B. Jackson, Personal Representative of the Estate of Susie Jackson; Laura Moore, Personal Representative of the Estate of Ethel Lance; Bethane Middleton-Brown, Personal Representative of the Estate of DePayne Middleton-Doctor*

 s/ Gerald Malloy by
 s/ Stephen R. Terrell per e-mail authorization dated January 20, 2022            
SEN. GERALD MALLOY
Malloy Law Firm
PO Box 1200
Hartsville, SC 29551
Phone: 843-339-3000
Fax: 843-332-4646

Trial Attorneys
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC 20044
Stephen.Terrell2@usdoj.gov
(202) 353-1651

Attorneys for the United States

gmalloy@bellsouth.net

S. RANDALL HOOD
McGowan, Hood & Felder, LLC
1539 Health Care Drive
Rock Hill, SC 29732
Phone: 803-327-7828
rhood@mcgowanhood.com

GEDNEY M. HOWE, III
GEDNEY M. HOWE, IV
Law Offices of Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC 29402
Phone: 843-722-8048
ghowe@gedneyhowe.com
gedney4@gedneyhowe.com

*Attorneys for: Jennifer Pinckney, Personal Representative of the Estate of Clementa Pinckney; Jennifer Pinckney; Jennifer Pinckney, individually and as Parent, Natural Guardian and Next Friend of M.P., a minor*

 s/ Gedney M. Howe, III,  via Alvin J. Hammer by
 s/ Stephen R. Terrell per e-mail authorization dated January 20, 2022

GEDNEY M. HOWE, III
GEDNEY M. HOWE, IV
Law Offices of Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC 29402
Phone: 843-722-8048
Fax: 843-722-2140
ghowe@gedneyhowe.com
gedney4@gedneyhowe.com

ANDREW J. SAVAGE
Savage Law Firm
15 Prioleau Street
Charleston, SC 29401
Phone: 843-720-7470
Fax: 843-720-7478

Andy@savlaw.com

W. MULLINS McLEOD, JR.
McLeod Law Group, LLC
3 Morris Street, Ste. A
Charleston, SC 29403
Phone: 843-277-6655
Mullins@mcleod-lawgroup.com

J. STEPHEN SCHMUTZ
Schmutz & Schmutz Attorneys at Law
24 Broad Street
Charleston, SC 29401
Phone: 843-577-5530
Steve@schmutzlaw.com

RICHARD A. HARPOOTLIAN
PHILLIP DONALD BARBER
Richard A. Harpootlian, PA
PO Box 1090
Columbia, SC 29202
P: 803-252-4848
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

BAKARI T. SELLERS
Strom Law Firm, LLC
6923 North Trenholm Road, Ste. 200
Columbia, SC 29216
P: 803-252-4800
bsellers@stromlaw.com

*Attorneys for: Anthony Thompson and Kevin Singleton, as Co-Personal Representatives of the Estate of Myra Singleton Quarles Thompson*

 s/ W. Mullins McLeod, Jr.,  via Alvin J. Hammer by
 s/ Stephen R. Terrell per e-mail authorization dated January 20, 2022                       
W. MULLINS McLEOD, JR.
McLeod Law Group, LLC
3 Morris Street, Ste. A
Charleston, SC 29403
Phone: 843-277-6655

Mullins@mcleod-lawgroup.com

J. STEPHEN SCHMUTZ
Schmutz & Schmutz Attorneys at Law
24 Broad Street
Charleston, SC 29401
Phone: 843-577-5530
Steve@schmutzlaw.com

DAVID F. AYLOR
David Aylor Law Offices
24 Broad Street
Charleston, SC 29401
Phone: 843-310-4900
David@davidaylor.com

RICHARD A. HARPOOTLIAN
PHILLIP DONALD BARBER
Richard A. Harpootlian, PA
PO Box 1090
Columbia, SC 29202
P: 803-252-4848
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

BAKARI T. SELLERS
Strom Law Firm, LLC
6923 North Trenholm Road, Ste. 200
Columbia, SC 29216
P: 803-252-4800
bsellers@stromlaw.com

*Attorneys for: Shalisa Coleman, as Personal Representative of the Estate of Sharonda Coleman-Singleton; Anthony Thompson; Arthur Stephen Hurd, as Personal Representative of the Estate of Cynthia Graham Hurd; Arthur Stephen Hurd*

 s/ Carl E. Pierce, II, by
 s/ Stephen R. Terrell per e-mail authorization dated January 20, 2022
RONNIE A. SABB
Law Office of Ronnie A. Sabb
PO Box 88
Kingstree, SC 29556-0088

Phone: 843-355-5349
ronniesabb@sabblaw.com

CARL E. PIERCE, II
Pierce Sloan Kennedy & Early, LLC
321 East Bay Street
PO Box 22437
Charleston, SC 29401
P: 843-722-7733
carlpierce@piercesloan.com

RICHARD A. HARPOOTLIAN
PHILLIP DONALD BARBER
Richard A. Harpootlian, PA
PO Box 1090
Columbia, SC 29202
P: 803-252-4848
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

BAKARI T. SELLERS
Strom Law Firm, LLC
6923 North Trenholm Road, Ste. 200
Columbia, SC 29216
P: 803-252-4800
bsellers@stromlaw.com

*Attorneys for: Daniel L. Simmons, Jr., as Personal Representative of the Estate of Daniel L. Simmons, Sr.*